**district court of the united states**
**for the southern district of New york.**
**Ecclesiastical High Courts of Chancery**


<u>*I also demand the following named Moor subject be immediately released and set at liberty*</u>

*Immediately release and set the following named Moor beneficiary vessel, goods and chattels at liberty barclay, leshawn maurice d/b/a LESHAWN MAURICE BARCLAY inmate trust # A804259*


| | |
|---|---|
| powers, rachel genevieve a *Mooress beneficiary* § | The United States of America |
| | § **Original Equal Justice being rendered in Admiralty** |
| An Empress, Admiral, Mariner, Merchant, Piloter § | **and Maritime Jurisdiction by Nature law of Nations** |
| a *private Mooress aboriginal pennsylvania national*§ | *Treaty of Marrakech 1786. and Subject of the Al Maroc* |
| | § *Shereefian Empire* |
| | § *ARTICLE XXI.,* |
| *Claimant/Libellant/Suitor* | § *Treaty of Tunis 1824 § ARTICLE XII.* |
| -v- | § *1789 constitution of the united states* |
| *controversy/contravention of america in congress* § | |
| assembled, | § |
| | § *Article III, §2§§1, Article VI* |
| *custodian(s) fiduciarie(s) libelee(s) privateer(s)* | § the *Judiciary Act of 1789 1 stat 73 §9, §11,§13, §16,* |
| | § *and §20,§22,§25,§26, §30,§32* |
| webb, jeremiah darnell Estate et al., **beneficiary** | § **Ships Manifest** |
| JEREMIAH DARNELL WEBB et al., | § **Master Bill of Lading** (dispute, brief) |
| | § Non-Negotaible |
| barclay, noah sencer robert Estate et al., **beneficiary**§ | |
| NOAH SENCER ROBERT BARCLAY et al., | § **Special Civil Cause to Proceed Ex Parte** |
| | § **Complaint** |
| | § To: swain, laura t. d/b/a LAURA T. SWAIN |
| lynch, malakai levi Estate et al., **beneficiary** | §chief judge/acting as Master/Chancellor et al.,(Consignee) |
| MALAKAI LEVI LYNCH et al., | § Restricted: *In Camera* |
| | § |
| barclay, enzo horus Estate et al., **beneficiary** | §To: krajick, ruby j. d/b/a RUBY J. KRAJICK |
| ENZO HORUS BARCLAY et al., | § special clerk of the court et al.,(Consignee) |
| | § c/o **district court of the united states** for |
| | § the southern district of New York |
| barclay, jabari khepri Estate et al., **beneficiary** | § |
| JABARI KHEPRI BARCLAY et al., | § |
| | § |
| barclay, leshawn m. Estate et al., **beneficiary** | § |
| LESHAWN MAURICE BARCLAY et al., | § 500 pearl street |

dixon, robert a d/b/a ROBERT A. DIXON
attorney et al.,
**Attorney at Law**
HEIRS AND ASSIGNS

§ New York, New York [10007]
§ Restricted Registered Mail
§ **Speciali Causa (Special Cause)**
§ **Private, Special, Privileged**
§ **Confidential**
§ **Excluding the Public and Press**

Page **1**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

simmons, jolene renee d/b/a
JOLENE RENEE, SIMMONS
HEIRS AND ASSIGNS


miller, justin c d/b/a JUSTIN C. MILLER
attorney et al.,
**Attorney at law**
HEIRS AND ASSIGNS

§ **Special Term, without General**
§ **without Statutes, without FRCP**
§ **Federal Rules of Civil Procedure**
§
§without FRAP whose prize proceedings is not
§ applicable in admiralty and maritime
§ *"Where there is a conflict between the Maxims of*
§ *Equity and the rules of the common law over the*
§ *same subject matter, Equity shall prevail."*
§
§

garland, merrick d/b/a
MERRICK GARLAND
attorney general et al.,
**United States Department of Justice**
HEIRS AND ASSIGNS

§
§
§
§
§

kijakazi, kilolo d/b/a
KILOLO KIJAKAZI
commissioner et al.,
**Social Security Administration**
HEIRS AND ASSIGNS

§
§
§
§
§

yellen, janet louise d/b/a
JANET LOUISE YELLEN
secretary of the treasury et al.,
**United States Department of the Treasury**
HEIRS AND ASSIGNS

§
§
§
§
§

blinken, antony d/b/a
ANTONY BLINKEN
secretary of state et al.,
**United States Department of State**
HEIRS AND ASSIGNS

§
§
§
§
§

haaland, debra anne d/b/a
DEBRA ANNE HAALAND
secretary of the interior et al.,

§
§
§

**Department of the Interior**
HEIRS AND ASSIGNS                                              §
                                                              §
                                                              §
rettig, charles paul d/b/a                                    §
CHARLES PAUL RETTIG                                           §
commissioner, et al.,                                         §
**internal revenue**                                         §
HEIRS AND ASSIGNS                                             §

Page **2**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

                                                              §
martin, donna d/b/a                                           §
DONNA MARTIN                                                  §
provost marshal general et al.,                               §
**United States Department of the Army**                     §
HEIRS AND ASSIGNS                                             §

mayorkas, alejandro d/b/a                                     §
ALEJANDRO MAYORKAS                                           §
secretary of homeland security et al.,                       §
**Department of Homeland Security**                          §
 HEIRS AND ASSIGNS                                           §
                                                              §
yost, dave d/b/a                                              §
DAVE YOST                                                     §
attorney general et al.,                                      §
**Ohio Attorney General**                                    §
HEIRS AND ASSIGNS                                             §

lynch, jody d/b/a JODY LYNCH                                  §
caretaker/privateer/pirate et al.,                           §
HEIRS AND ASSIGNS                                             §

figueroa, olga a. d/b/a OLGA A. FIGUEROA                      §
trenton local registrar et al.,                              §
**Trenton, New Jersey**                                      §
HEIRS AND ASSIGNS                                             §

henry, michelle d/b/a                                        §
MICHELLE HENRY                                               §
attorney general et al.,                                      §
**Pennsylvania Attorney General**                            §
HEIRS AND ASSIGNS                                             §

lill, aj d/b/a AJ LILL                                        §
director et al.,                                              §
**Erie county job and family services**                      §
HEIRS AND ASSIGNS                                             §

james, patty d/b/a PATTY JAMES                                §
coach/caseworker et al.,                                      §

| CASA, Erie County Job and Family Services | § |
| HEIRS AND ASSIGNS | § |
| | |
| kennedy, sharon l d/b/a | § |
| SHARON L.KENNEDY | § |
| chief justice of the supreme court et al., | § |
| **Ohio Chief Justice** | § |
| HEIRS AND ASSIGNS | § |

Page **3**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

| tone, tygh m d/b/a | § |
| TYGH M. TONE | § |
| erie county common pleas court judge et al., | § |
| **Erie County Common Pleas Court** | § |
| HEIRS AND ASSIGNS | § |
| | § |
| burley, betty j d/b/a | § |
| BETTY J. BURLEY | § |
| prosecutor/attorney et al., | § |
| **ERIE COUNTY ATTORNEY'S OFFICE** | § |
| HEIRS AND ASSIGNS | § |
| | |
| paule, jessica d/b/a | § |
| JESSICA PAULE | § |
| prosecutor/attorney et al., | § |
| **ERIE COUNTY ATTORNEY'S OFFICE** | § |
| HEIRS AND ASSIGNS | § |
| | |
| lilly, paulette d/b/a | § |
| PAULETTE LILLY | § |
| chief prosecutor/attorney et al., | § |
| **ERIE COUNTY ATTORNEY'S OFFICE** | § |
| HEIRS AND ASSIGNS | § |
| | |
| schultz, michelle d/b/a MICHELLE SCHULTZ | § |
| facilitator et al., | § |
| **Erie county job and family services** | § |
| HEIRS AND ASSIGNS | § |
| | |
| schmidt, al d/b/a | § |
| AL SCHMIDT | § |
| pennsylvania secretary of state etal., | § |
| **PENNSYLVANIA SECRETARY OF STATE** | § |
| HEIRS AND ASSIGNS | § |

§

vaughn, robert d/b/a                          §
ROBERT VAUGHN                                 §
clerk of the ohio supreme court et al.,       §
**OHIO SUPREME COURT**                        §
HEIRS AND ASSIGNS

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

§

barclay, kim y d/b/a                                §
KIM YEVETTE. BARCLAY et al.,                        §
ceo/caretaker/custodian a women bankrupt ship       §
HERIS AND ASSIGNS                                   §

Page **4**

§

gilbert, ashley d/b/a ASHLEY GILBERT       §
supervisor et al.,                         §
**Erie county job and family services**    §
HEIRS AND ASSIGNS                          §
                                           §
                                           §
codeluppi, ryan d/b/a RYAN CODELUPPI       §
caseworker et al.,                         §
**Erie County Job and Family Services**    §
HEIRS AND ASSIGNS                          §
                                           §
lamb, bryan p. d/b/a BRYAN P. LAMB         §
#95917 attorney et al.,                    §
**LAMB LAW**                               §
HEIRS AND ASSIGNS                          §
                                           §
olsen,ellen m d/b/a ELLEN M. OLSEN         §
erie county recorder et al.,               §
**Erie County Recorder Office**            §
HEIRS AND ASSIGNS                          §
                                           §
oliver, jared d/b/a JARED OLIVER           §
chief of police et al.,                    §
**Sandusky Police Department**             §
HEIRS AND ASSIGNS                          §
                                           §
cruz, carissa d/b/a CARISSA CRUZ           §
detective et al.,                          §
**Sandusky Police Department**             §
HEIRS AND ASSIGNS                          §
                                           §
see, not named d/b/a NOT NAMED, SEE        §
corrections officer et al.,                §

**Erie County Sheriff's Department**
HEIRS AND ASSIGNS                               §
                                                §
dewine, mike d/b/a MIKE DEWINE                  §
ohio governor et al.,                           §
**Office of the Ohio Governor**                 §
HEIRS AND ASSIGNS                               §
                                                §

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

sigsworth, paul d/b/a PAUL SIGSWORTH            §
Erie county sheriff et al.,                     §
**Erie County Sheriff's Office**                §
HEIRS AND ASSIGNS                               §
                                                §
baxter, kevin j d/b/a KEVIN J. BAXTER           §
prosecutor et al.,                              §
Erie County Prosecutor
HEIRS AND ASSIGNS                               §

Page **5**

mcgookey, beverly d/b/a BEVERLY MCGOOKEY §
common pleas court judge et al.,                §
Erie County Common Pleas Court                  §
HEIRS AND ASSIGNS                               §
                                                §
musser, jeffrey d/b/a JEFFREY MUSSER            §
police chief et al.,                            §
Perkins police department                       §
HEIRS AND ASSIGNS                               §
                                                §
binette, roger d/b/a ROGER BINETTE              §
erie county common pleas court judge et al.,    §
Erie County Common Pleas Court                  §
HEIRS AND ASSIGNS                               §
                                                §
delamatre, robert d/b/a ROBERT DELAMATRE§
erie county family court judge et al.,          §
Erie County Family Court (juvenile division)    §
HEIRS AND ASSIGNS                               §
                                                §
                                                §
timko, sidney d/b/a SIDNEY TIMKO                §
Corrections lieutenant et al.,                  §
Erie County Sheriff's Department                §
HEIRS AND ASSIGNS                               §
                                                §
 anderson, not named d/b/a                      §
NOT NAMED ANDERSON                              §
corrections officer/privateer et al.,           §
Erie County Sheriff's Department                §

Heirs and Assigns                                §
                                                 §
siverling, jack (sam)                            §
d/b/a JACK (SAM) SIVERLING                       §
corrections lieutenant/privateer et al.,         §
Erie County Sheriff's Department                 §
Heirs and Assigns                                §

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

                                                 §
morrenson, unknown name                          §
d/b/a UNKNOWN NAME MORRENSON                      §
corrections officer/privateer et al.,            §
Erie County Sheriff's Department                 §
Heirs and Assigns

holman, dean d/b/a DEAN HOLMAN et al.,           §
erie county assistant prosecutor et al.,         §
Erie county prosecutor's office                  §
HEIRS AND ASSIGNS


sibert-biemler, belinda d/b/a
BELINDA SIBERT-BIEMLER
Deputy director et al.,
Deputy director for child support for erie county


shoch, karly d/b/a KARLY SHOCH
caseworker et al.,
Erie County Job and Family Services
Heirs and Assigns

o'brien, erich j. d/b/a ERICH O'BRIEN
judge et al.,
Sandusky municipal court
HEIRS AND ASSIGNS

jones, unknown name d/b/a UNKNOWN NAME JONES
corrections officer et al
Erie County Sheriff's Department
Heirs and Assigns

wisehart, troy d. d/b/a TROY D. WISEHART
attorney et al.,
Kademenos, Wisehart, Hines, Dolyk, Zeiher Co.
Heirs and Assigns

reynolds, jerrice d/b/a JERRICE REYNOLDS
privateer/pirate/lobbyist et al.
Heirs and Assigns

barclay, leshantee e. d/b/a
LESHANTEE ELIZABETH MARIE YEVETTE BARCLAY
caretaker/custodian a women bankrupt ship et al.,
Heirs and Assigns


pace, raquel d/b/a RAQUEL PACE
ceo/director/owner et al.,
Center for cultural awareness
HEIRS AND ASSIGNS



mcgookey, johnathan m d/b/a JOHNATHAN M. MCGOOKEY                    Page 5
attorney et al.,
McGookey Law Offices
HEIRS AND ASSIGNS



cooper, jacob d/b/a JACOB COOPER
deputy officer et al.,
Erie county adult probation department
HEIRS AND ASSIGNS



feizkhah, sharareh d/b/a SHARAREH FEIZKHAH
caseworker et al.,
Erie county job and family services
HEIRS AND ASSIGNS

clyburn, emeline d/b/a EMELINE CLYBURN
supervisor et al.,
Erie county job and family services
HEIRS AND ASSIGNS

cooper, teron d/b/a TERON COOPER
privateer/pirate/lobbyist et al.,
HEIRS AND ASSIGNS

newell-hancock, beverly d/b/a BEVERLY NEWELL-HANCOCK
attorney et al.,
Attorney at law
HEIRS AND ASSIGNS

chambers-smith, annette d/b/a ANNETTE CHAMBERS-SMITH
director et al.,
Ohio Department of Rehabilitation and Corrections
HEIRS AND ASSIGNS

shapiro, josh d/b/a JOSH SHAPIRO
governor et al.,
Governor of the state of pennsylvania
HEIRS AND ASSIGNS

griggs, cali d/b/a CALI GRIGGS
Caseworker et al.,
Erie county child support agency
HEIRS AND ASSIGNS

Lerose, frank d/b/a FRANK LAROSE
Secretary of state of ohio et al.,
HEIRS AND ASSIGNS

sprague, robert d/b/a ROBERT SPRAGUE
ohio state treasurer et al.,
HEIRS AND ASSIGNS

dejoy, louis d/b/a
LOUIS DEJOY
postmaster general et al.,
475 L'Enfant Plaza SW
Washington, District of Columbia Near.[20260]
HERIS AND ASSIGNS

biden, joseph robinette d/b/a JOSEPH ROBINETTE BIDEN
president of the United States for the district of columbia et al.,
Heirs and Assigns

okereke, jossette d/b/a JOSSETTE OKEREKE
warden et al.,
 Ohio correctional reception center
HEIRS AND ASSIGNS

banks, ed d/b/a ED BANKS
assistant director et al.,
Ohio Department of rehabilitation and corrections
HEIRS AND ASSIGNS

Page **8**

desalle, james d d/b/a JAMES D. DESALLE
detective et al.,
Sandusky police department
HEIS AND ASSIGNS

bath, anthony ray d/b/a ANTHONY RAY BATH
police officer et al.,

Sandusky Police Department
HEIRS AND ASSIGNS

cook, makayla d/b/a MAKAYLA COOK
police officer et al.,
Sandusky police department
HEIRS AND ASSIGNS


icsman, jacob d/b/a JACOB ICSMAN
police officer et al.,
Sandusky police department
HEIRS AND ASSIGNS

lillo, bronson m d/b/a BRONSON M. LILLO
police officer et al.,
Sandusky police department
HEIRS AND ASSIGNS

peters, nicholas d/b/a NICHOLAS PETERS
police officer et al.,
Sandusky police department
HEIRS AND ASSIGNS

damschroder, matt d/b/a MATT DAMSCHRODER
Director ohio job and family services et al.,
HEIRS AND ASSIGNS

ghezzi-balconi, karen d/b/a KAREN BALCONI-GHEZZI
Executive director for erie county job and family services et al.,
HEIRS AND ASSIGNS


guterres, antonio d/b/a ANTONIO GUTERRES
secretary-general of the united nations et al.,
Heirs and Assigns

huongbo, gilbert f. d/b/a GILBERT F. HUONGBO
ILO director-general et al.,
Heirs and Assigns

dongyu, qu d/b/a QU DONGYU
FAO director-general
Heirs and Assigns

azoulay, audrey d/b/a AUDREY AZOULAY
UNESCO director-general et al.,
Heirs and Assigns

salazar, juan carlos d/b/a JUAN CARLOS SALAZAR
ICHO secretary-general et al.,
Heirs and Assigns

ghebreyesus, tedros adhanom d/b/a TEDROS ADHANOM GHEBREYESUS
WHO director-general et al.,
Heirs and Assigns

malpass, david r. d/b/a DAVID R. MALPASS
president of the world bank group et al.,
Heirs and Assigns

metoki, masahiko MASAHIKO METOKI
UPU director-general et al.,
Heirs and Assigns

georgieva, kristalina d/b/a KRISTALINA GEORGIEVA
IMF managing-director et al.,
Heirs and Assigns

hao, houlin d/b/a HOULIN ZHAO
ITU secretary-general et al.,
Heirs and Assigns

taalas, petteri d/b/a PETTERI TAALAS
WMO secretary-general et al.,
Heirs and Assigns

lim, kitack d/b/a KITACK LIM
IMO secretary-general et al.,
Heirs and Assigns

tang, daren d/b/a DAREN TANG
WIPO director-general et al.,
Heirs and Assigns

waly, ghada fathi d/b/a GHADA FATHI WALY
UNODC executive-director et al.,
Heirs and Assigns

barrientos, maricarmen d/b/a MARICARMEN BARRIENTOS
State registrar et al.,
State registrar of vital statistics in trenton, new jersey
HEIRS AND ASSIGNS

Page **10**

zuckerberg, mark d/b/a MARK ZUCKERBERG
ceo/owner et al.,
meta/facebook
HEIRS AND ASSIGNS

beasley, david d/b/a DAVID BEASLEY
WFP executive-director et al.,
Heirs and Assigns

sharif, maimunah mohd d/b/a MAIMUNAH MOHD
UN habitat executive-director et al.,
Heirs and Assigns


okonjo-iweala, ngozi d/b/a NGOZI OKONJO-IWEALA
WTO director-general et al.,
Heirs and Assigns

grossi, rafael mariano d/b/a RAFAEL MARIANO GROSSI
IAEA director-general et al.,
Heirs and Assigns

pololikashivili, zurab d/b/a ZURAB POLOLIKASHIVILI
UNWTO secretary-general et al.,
Heirs and Assigns

muller, gerd d/b/a GERD MULLER
UNIDO director-general et al.,
Heirs and Assigns

lario, Alvaro d/b/a ALVARO LARIO
IFAD president et al.,
Heirs and Assigns

russell, catherine m. d/b/a CATHERINE M. RUSSELL
UNICEF executive-director et al.,
Heirs and Assigns

kanem, natalia d/b/a NATALIA KANEM
UNFPA executive-director et al.,
Heirs and Assigns

vitorino, antonio d/b/a ANTONIO VITORINO
LOM director-general et al.,
Heirs and Assigns

bahous, sima sami d/b/a SIMA SAMI BOHOUS
UN WOMAN executive-director et al.,
Heirs and Assigns


Page **11**

grynspan, rebeca d/b/a REBECA GRYNSPAN
UNCTAD secretary-general et al.,
Heirs and Assigns

steiner, achim d/b/a ACHIM STEINER
UNDP administrator et al.,
Heirs and Assigns

anderson, inger d/b/a INGER ANDERSON
UNEP executive-director et al.
 Heirs and Assigns

grandi, filippo d/b/a FILIPPO GRANDI
UNHCR high commissioner et al.,
Heirs and Assigns

lazzarini, phillipe d/b/a PHILLIPE LAZZARINI
UNRWA commissioner general et al.,
Heirs and Assigns

schwab, klaus d/b/a KLAUS SCHWAB
executive chairman of the world economic forum et al.,
Heirs and Assigns
================================================================

### *Claimant(s)/Libellant(s)*

powers, rachel genevieve a Private People called Moor beneficiary Noble, an Empress, Merchant,
Admiral, Piloter, Seawomen, Mariner, Shereef, Consul, High Priestess, Consul, Ambassador at Large
RACHEL GENEVIEVE POWERS TRUST
*in Propria Personam Sui Juris, majoris aetatis suae*
c/o P.O. box 462
Wakeman, Ohio 44889
rachelpowers1792@gmail.com


### *I also demand the following named Moor subject be immediately released and set at liberty*

*Immediately release and set the following named Moor beneficiary vessel, goods and chattels at liberty
barclay, leshawn maurice d/b/a LESHAWN MAURICE BARCLAY inmate trust # A804259*


### *libelee(s)*


tone, tygh d/b/a TYGH M. TONE                     mayorkas, alejandro d/b/a  ALEJANDO MAYORKAS
county common pleas court judge et al.,            secretary of homeland security et al.,
323 Columbus Ave                                   245 Murray Lane SW
Sandusky, Ohio [44870]                             Washington , District of Columbia [20373]

blinken, antony d/b/a
ANTONY BLINKEN
secretary of state et al.,
2201 C Street, NW 6401 Security Blvd
Washington, District of Columbia Near.[20520]

kijakazi, kilolo d/b/a
KILOLO KIJAKAZI
commissioner of social security et al.,
Baltimore, Maryland Near.[20528]

Page12

barrientos, maricarmen d/b/a
MARICARMEN BARRIENTOS
state registrar et al.,
State of New Jersey vital statistics
319 E. state street
Trenton, New Jersey [08608]

o'brien, erich j. d/b/a ERICH J. O'BRIEN
judge et al,
Sandusky Municipal Court
222 meigs street
Sandusky, Ohio [44870]

fiigueroa, olga a. d/b/a
OLGA A. FIGUEROA
trenton vital statistics registrar et al.,
55 N. Willow st 5th floor
Trenton, New Jersey [08618]

martin, donna w. d/b/a
DONNA W. MARTIN
provost marshal general et al.,
Department of the Army
2800 Army Pentagon
Washington, District of Columbia Near.[20310]

haaland, debra d/b/a
DEBRA HAALAND
secretary of the interior et al.,
30 E Broad st 14th floor
Washington, District of Columbia Near.[20240]

yost, dave d/b/a DAVE YOST
ohio attorney general et al.,
1841 C Street, NW
Columbus Ohio [43215]

binette, roger d/b/a
ROGER BINETTE
erie county common pleas court judge et.,
323 Columbus Ave
Sandusky Ohio [44870]

miller, justin d/b/a
JUSTIN C. MILLER
attorney et al.,
409 East Ave. 2nd floor
Elyria, Ohio [44035]

kennedy, sharon l d/b/a
SHARON KENNEDY
ohio supreme court cheif justice et al.,
65 S Front st
Columbus, Ohio [43215]

rettig, charles d/b/a
CHARLES RETTIG
commissioner of internal revenue et al.,
1111 Constitution Avenue
Washington, District of Columbia Near.[20224]

henry, michelle a. d/b/a MICHELLE A. HENRY
Pennsylvania attorney general et al.,
1600 Arch St #300
Philadelphia, Pennsylvania [19103]

clyburn, emeline d/b/a EMELINE CYLBURN
caseworker erie county job and family services et al.,
221 W Parish Street
Sandusky, Ohio [44870]

dejoy, louis d/b/a
LOUIS DEJOY
postmaster general et al.,
475 L'Enfant Plaza SW
Washington, District of Columbia Near.[20220]

yellen, janet d/b/a JANET YELLEN
secretary of the treasury et al.,
1500 Pennsylvania Ave,NW
Washington, District of Columbia Near.[20260]

garland, merrick d/b/a MERRICK GARLAND
attorney general of the united states et al.,
950 Pennsylvania Ave, NW 247
Washington, District of Columbia Near.[20530]

paulette, lilly d/b/a LILLY PAULETTE
chief prosecutor/attorney et al.,
Columbus Ave Unit 319
Sandusky, Ohio [44870]

baxter, kevin j d/b/a KEVIN J. BAXTER
prosecutor/attorney et al.,
247 Columbus Ave Unit 319
Sandusky, Ohio[44870]

sigsworth, paul d/b/a PAUL SIGSWORTH
erie county sheriff et al.,
2800 Columbus Ave
Sandusky, Ohio [44870]

musser, jeffrey d/b/a JEFFREY MUSSER
Perkins police chief et al.,
perkins police department
2610 columbus ave
Sandusky, Ohio [44870]

griggs, cali d/b/a CALI GRIGGS
caseworker for erie county child support division et al.,
221 W. Parish Street
Sandusky, Ohio [44870]

chambers-smith, annette d/b/a
ANNETTE CHAMBERS-SMITH
director of ohio department of
rehabilitation and corrections
4545 Fisher Road suite D
Columbus, Ohio [43228]

lamb, bryan p d/b/a BRYAN P. LAMB
attorney et al.,
Lamb Law LLC.
9 Whittlesey Ave
Norwalk, Ohio [44857]

sharareh, feizkhah d/b/a
SHARAREH FEIZKHAH
caseworker job and family services et al.,
221 W Parish st
Sandusky, Ohio[44870]

schmidt, al d/b/a AL SCHMIDT
pennsylvania secretary of state et al.,
401 North st room 206
Harrisburg, Pennsylvania [17120]

vaughn, robert d/b/a
ROBERT VAUGHN
clerk of ohio supreme court et al.,
65 S. front street
Columbus, Ohio [43215]

simmons, jolene r. d/b/a
JOLENE RENEE. SIMMONS
caretaker/custodian et al.,
1226 w monroe st
Sandusky, Ohio[44870]

damschroder, matt d/b/a
MATT DAMSCHRODER
Director of ohio job and family services et al.,
30 E. Broad St floor 9
Columbus, Ohio [43215]

ghezzi-balconi, karen d/b/a KAREN BALCONI-GHEZZI
executive director erie county job and family services et al.,
221 W Parish St
Sandusky, Ohio [44870]

shultz, michelle d/b/a MICHELLE SHULTZ
facilitator, erie county job and family services etal.,
221 w Parish st
Sandusky, Ohio [44870]

gilbert, ashley d/b/a
ASHLEY GILBERT
supervisor erie county job and family services et al.,
221 w Parish street
Sandusky, Ohio [44870]

barclay, kim y. d/b/a
KIM YEVETTE BARCLAY
caretaker/custodian et al.,
4402 Southwick blvd
Brunswick, Ohio [44212]

dixon, robert a d/b/a ROBERT A. DIXON
attorney et al.,
4403 St. Clair ave
Cleveland, Ohio [44103]

pace, raquel d/b/a RAQUEL PACE
ceo/owner et al.,
center for cultural awareness
1610 cleveland rd w suite 102
Sandusky, Ohio [44870]

oliver, jared d/b/a JARED OLIVER
chief police of sandusky police department et al.,
222 Meigs st
Sandusky, Ohio [44870]

delamtre, robert d/b/a ROBERT DELAMATRE
erie county family court judge et al.,
323 columbus ave
Sandusky, Ohio [44870]

olsen, ellen d/b/a ELLEN OLSEN
erie county recorder et al.,
247 columbus ave room 225
Sandusky, Ohio[44870]

timko, sidney d/b/a SIDNEY TIMKO
lieutenant, erie county sheriff's department et al.,
2800 columbus ave
Sandusky, Ohio [44870]

siverling, jack (sam) d/b/a JACK SIVERLING
lieutenant, erie county sheriff's department et al.,
2800 columbus ave,
Sandusky, Ohio [44870]

dewine, mike d/b/a MIKE DEWINE
ohio governor et al.,
77 S High st 30th floor
Columbus, Ohio [43215]

reynolds, jerrice d/b/a JERRICE REYNOLDS
pirate/privateer/lobbyist et al.,
922 tapestry park drive #202
Lewis Center, Ohio [43035]

Page **15**

anderson, not named d/b/a NOT NAMED ANDERSON
corrections officer et al.,
2800 columbus ave
 Sandusky, Ohio [44870]

morrenson, not named d/b/a
 NOT NAMED MORRENSON
 corrections officer et al.,
 2800 columbus ave
 Sandusky, Ohio [44870]

paule, jessica d/b/a JESSICA PAULE
prosecutor/attorney et al.,
247 columbus ave unit 319
Sandusky, Ohio[44870]

mcgookey, beverly k d/b/a BEVERLY K. MCGOOKEY
erie county common pleas court judge et al.,
 323 columbus ave
 Sandusky, Ohio [44870]

lynch, jody d/b/a JODY LYNCH
caretaker/custodian et al.,
6603 kilroy rd 502
Castalia, Ohio [44870]

wisehart, troy d/b/a TROY WISEHART
 attorney et al.,
 W. Washington street
 Sandusky, Ohio [44870]

burley, betty jean d/b/a BETTY JEAN BURLEY
prosecutor/attorney et al.,
247 columbus ave unit 319
Sandusky, Ohio [44870]

schoch, karly d/b/a KARLY SCHOCH
 caseworker/privateer et al.,
 221 W. Parish street
 Sandusky, Ohio [44870]

see, not named d/b/a NOT NAMED SEE
corrections officer et al.,
2800 columbus ave
Sandusky, Ohio[44870]

 KIMMY'S DESIGNS
 business et al.,
 4402 Southwick blvd
 Brunswick, Ohio [44212]

cooper, jacob d/b/a JACOB COOPER
deputy pre-trial probation officer et al.,
503 W. washington street
Sandusky, Ohio[44870]

jeffrey, richard h d/b/a RICHARD H. JEFFREY
erie county auditor et al.,
247 columbus ave unit 210
Sandusky, Ohio[44870]

cruz, carissa d/b/a CARISSA CRUZ
detective sandusky police department et al.,
222 meigs st
Sandusky, Ohio [44870]

bath, anthony ray, d/b/a ANTHONY RAY. BATH
 sandusky police officer/privateer et al.,
 222 meigs st
 Sanduksy, Ohio [44870]

cook, makayla d/b/a MAKAYLA COOK
sandusky police officer/privateer et al.,
222 meigs st
Sandusky, Ohio [44870]

 desalle, james d d/b/a JAMES D. DESALLE
 Sandusky detective/privateer et al.,
 222 meigs st
 Sandusky, Ohio [44870]

holman, dean d/b/a DEAN HOLMAN
prosecutor erie county common pleas et al.,
247 columbus ave unit 319
Sandusky, Ohio [44870]

peters, nicholas d/b/a NICHOLAS PETERS
sandusky police officer/privateer et al.,
sandusky police department
222 meigs street
Sandusky, Ohio [44870]                    Page **16**

ed, banks d/b/a ED BANKS
assistant director ohio department of
rehabilitation and corrections
4545 Fisher Road Suite D
Columbs, Ohio [43228]

newell-hancock, beverly d/b/a BEVERLY NEWELL-HANCOCK
attorney et al.,
1020 Mills street
Sandusky, Ohio [44870]

cooper, teron d/b/a TERON COOPER
pirate/lobbyist et al.,
4402 Southwick blvd
Brunswick, Ohio [44212]

jossette okereke d/b/a JOSSETTE OKEREKE
director correctional reception center et al.,
11271 state route 762
Orient, Ohio [43146]

lill, aj d/b/a AJ LILL
directory erie county job and family services et al.,
221 W. Parish street
Sandusky, ohio [44870]

jones, not named d/b/a NOT NAMED JONES
corrections officer et al.,
2800 columbus ave
Sandusky, Ohio [44870]

codeluppi, ryan d/b/a RYAN CODELUPPI
caseworker et al.,
221 W. Parish street
Sandusky, Ohio [44870]

james, patty d/b/a PATTY JAMES
CASA/coach/privateer et al.,
111 E. Shoreline drive suite 5
Sandusky, Ohio [44870]

icsman, jacob d/b/a JACOB ICSMAN
sandusky police officer et al.,
222 meigs st
Sandusky, Ohio [44870]

sibert-biemler, belinda, d/b/a
BELINDA SIBERT-BIEMLER
Deputy director for child support et al.,
221 W. Parish Street
Sandusky, Ohio [44870]

lillo, bronson m d/b/a BRONSON M. LILLO
sandusky police officer et al.,
222 meigs street
Sandusky, Ohio [44870]

barclay, leshantee e.d/b/a
LESHANTEE ELIZABETH MARIE YEVETTE BARCLAY
922 tapestry park drive #202
Lewis Center, Ohio[43035]

shapiro, josh d/b/a JOSH SHAPIRO
governor of Pennsylvania et al.,
508 Main Capitol Building,
Harrisburg, Pennsylvania [17120]

zuckerberg. mark d/b/a MARK ZUCKERBERG
ceo of facebook et al
1 Hacker Way,
Menlo Park, California Near: [94025]

biden, joseph robinette d/b/a JOSEPH BIDEN.
president of the United states for the district of columbia et al.,
1600 Pennsylvania Ave NW
Washington, DC Near [20500]

guterres, antonio d/b/a ANTONIO GUTERRES
secretary-general of the united nations
405 e 42nd street
New York, New York Near:[10017]

## Parties

Page **17**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

The claimant/suitor/libellant and "your orator" powers, rachel genevieve," is a private People called Moor americas aboriginal (pennsylvania) national, *in personam sui juris* a Noble, A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, High Priest of Anu, A Maji, a Commander, Bonafide Owner Maritime lien holder of all vessels, ships, chattels, goods, cargo, convoys, crafts, tenements, charters, estates, commodities, merchandise Land, Air, Water etc, navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire*, "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)*" ingressed in ohio. The defendant Rachel Genevieve Powers a registered organization name Mercer county, New Jersey is a decedent's legal estate ("Estate") The City of Trenton Certificate of Birth # 19920091956(A0010510554) whose principal office is located at 55 N. Willow street 5th floor, Trenton, New Jersey 08618, in care of figueroa, olga a. d/b/a OLGA A. FIGUEROA, trenton local registrar/recorder of deeds/privateer et al.

## Premises

The claimant/suitor/libellant's core private rights were MISTAKENLY sacrificed by her mother and father at her birth, without being fully availed and acknowledged of her equitable maritime defenses. The claimant/suitor/libellant's has tendered all consideration on special deposit the sum of (1) one private lawful silver certificate, one dollar currency of the *united states of america* (**Cert # J 8 7 9 8 0 3 0 2 A) "equity will not complete an imperfect gift"** so I will never entertain the idea of paying any duties taxes, whatever Protected by 1796 Treaty of Tripoli Art V,X **Eeerie Railroad v. Tompkins,** *where the supreme court ruled that "there is no federal general common law", page, @ "Headnote 3," and Congress has no power to declare <u>substantive</u> [emphasis added] rules of the common law applicable to a State, whether they be local or general in their nature, be they commercial law or a part of the law of torts." page 64. There could be no more federal <u>general</u> common law or <u>substantive</u> rules of common law because the consideration on all contracts used by everyone in the country was <u>non-substantive,</u> i.e. Federal Reserve Notes (FRNs) belonging to the private Federal Reserve Corporation and not the countless Americans executing on a regular basis, whether public or private. To use as "valuable consideration", and purport to be authorized to bind, property that does not belong to oneself renders oneself obligated to the owner of the consideration, in this case the Federal Reserve Corporation.* ; and been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said Ohio registered organization decedent's legal estate person through letters of marque/reprisal. Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War"** by privateers of the united states for the district of columbia masquerading as Citizens of the united states of north america which are inconsistent with the private maritime treaty protections of the *Treaty of Marrakech 1787/1836 ARTICLE II, XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.*, and the *Treaty of Tunis 1824 ARTICLE XII.,* as well as, the *1789 constitution for the united states of america Art 1 section 8 clause 10 and clause 17*, under the rules of Chancery due and owing to the claimant/suitor/libellant by way of his **special and particular political status** and equitable maritime rights to the same said Estate, that were intended

for your orator, as the sole exclusive heir and beneficiary, by maxims of equity "*only God can create an heir,*" "*the heir and his ancestor are one and the same people,*" and "*Equity regards the beneficiary as the true owner.*" Your orator appears *in personam only for assaults and beatings on the High Seas and elsewhere,* without an administrator, a personal representative, an executor, or a trustee to defend her equitable maritime rights, titles, and interests in the same said estate and must guard her good name, against the destruction of her reputation, and her admiralty and maritime rights to equal Justice being rendered on her behalf, which are protected by her privity as an heir to the maritime treaties and the written constitution, intended for her, by its makers as an equitable maritime mortgage/compact. Your Servitude would expect no

Page **18**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

less privity as co-heir to said mortgage/compact. Your orator calls a Court of Equal justice being rendered in the original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good faith and by her own reasonable diligence. Your orator is in *personam sui juris,* now having knowledge of his maritime Treaty rights, with opportunity to assert them, she does not delay unreasonably so to do. "*Equity aids the vigilant, not those who slumber on their rights,*" and "*Equity imputes an intent to fulfill an obligation.*"

Each named libelee/privateer/pirate was appointed "in fact" by oath/affirmation and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further, show unto your servitude as faithful servant that she has called upon each defendant/libelee to either Affirm or Deny the trust; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable maritime assets; to provide your orator with a list of all debts due to your orators estate during such time as she was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account, to your orator, as a People called Moor *heir/beneficiary A Noble,*A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, sea ports, ports of lading, convoys Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it be through your faithful servitude as a good and faithful servant, the said defendant/libelee(s) have failed to answer, or make defense to the trust; after she had given reasonable time so to do; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. Your orator demands that the libelee(s) shall answer under oath, make the discovery called upon by the bill, and render over to her a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires an order taking her bill for confession, the failure of the libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. **Qui tacet, cum loqui detet, consentire videtur** (He who is silent, though he had foreseen them, seems to agree.)

*"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

May it be through your faithful servitude as a good and faithful servant, that the said libelee(s)privateer(s), and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress your orator in the admiralty and maritime premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendants/libelee(s), are contrary to equity admiralty and maritime by nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of your orator in the premises.

Page **19**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

### Statement of Jurisdiction

This is a suit in original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations arising within the *Treaty of 1787 Marrakech ARTICLE II, XXI.*; 1781 *Articles of Confederation Article VI, IX, XII, XIII* ; *1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3, Article 1 section 8 clause 10 and clause 17;* the *Judiciary Act of 1789 1 stat 73 §9,§11* and *§16, and §20,§22,§25,§26, §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII.,* the rights of your orator, as a private People called Moor americas aboriginal newtown (pennsylvanian) national A Empress, A Noble, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seawomen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, convoys, sea ports, ports of lading, Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire,* are of those classes which said maritime treaties, constitution, and act, either confers or has taken under their protection, without such obligation, your orator's rights have been **destroyed and slandered beyond repair,** where no adequate remedy for their enforcement is provided by the forms of letters of marque/reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature. The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity in admiralty vested by said maritime treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has jurisdiction and the claimant/suitor/libellant ***does hereby grant all subject matter jurisdiction to this district court of the united states for the southern district of New York and hereby invoke, require, give a signal or pass to an <u>Article III judge</u>/chancellor/special master special term who is <u>competent and impartial to handle this special cause de novo ex parte in this port of entry</u>***, under the original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations, and this court also have original and exclusive jurisdiction when it comes to matters ***dealing with two or more states to all Cases affecting Ambassadors, other public ministers and Consuls;-to all Cases of admiralty and maritime Jurisdiction;-to Controversies to which the United States shall be a Party conferred*** by *Treaty of 1787 Marrakech ARTICLE II, XXI.*; 1781 *Articles of Confederation Article VI, IX, XII, XIII* ; *1789 constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11* and *§16, §20,§22,§25,§26, §30,§32;;* and the *Treaty of Tunis 1824 ARTICLE XII.,* to the exclusion of all other quasi-in rem, colorable admiralty and maritime modes and letters of marque/reprisal **"Acts of War" proceedings**, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as your orator is remediless in the premises at and by the direct and strict rules of the common law, and cannot have adequate relief save only in a Court of Equal justice being rendered in admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and restorable. ***Citing***

*Chancellor Henry R. Gibson: I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:*

**The Judiciary Act; September 24, 1789**

SEC . 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offenses that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; ***and shall also have exclusive original cognizance of all civil causes of admiralty***

Page **20**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

***and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,*** the right of a common law remedy, where the common law is competent to give it; ***and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes where an alien sues for a tort only in violation of the law of nations or a treaty of the United States.*** And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.***"Equity Imputes an intent to fulfill an obligation"***

*SEC . 11.* And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offenses cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offenses cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favor of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC . 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

Take notice of section 32 of The Judiciary Act; September 24, 1789, 1 Stat. 73. of your Trust Indenture Which states as follows: "And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and

Page **21**

wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

*SEC . 22. And be it further enacted, That final decrees and judgments in civil actions in a district court, where the matter in dispute exceeds the sum or value of fifty dollars, exclusive of costs, may be reexamined, and reversed or affirmed in a circuit court, holden in the same district, upon a writ of error, whereto shall be annexed and returned therewith at the day and place therein mentioned, an authenticated transcript of the record, an assignment of errors, and prayer for reversal, with a citation to the adverse party, signed by the judge of such district court, or a justice of the Supreme Court, the adverse party having at least twenty days notice. And upon a like process, may final judgments and decrees in civil actions, and suits in equity in a circuit court, brought there by original process, or removed there from courts of the several States, or removed there by appeal from a district court where the matter in dispute exceeds the sum or value of two thousand dollars, exclusive of costs, be re-examined and reversed or affirmed in the Supreme Court, the citation being in such case signed by a judge of such circuit court, or justice of the Supreme Court, and the adverse party having at least thirty days notice. But there shall be no reversal in either court on such writ of error for error in ruling any plea in abatement, other than a plea to the jurisdiction of the court, or such plea to a petition or bill in equity, as is in the nature of a demurrer, or for any error in fact. And writs of error shall not be brought but within five years after rendering or passing the judgment or decree complained of, or in case the person entitled to such writ of error be an infant, feme covert, non compos mentis, or imprisoned, then within five years as aforesaid, exclusive of the time of such disability. And every justice or judge signing a citation on any writ of error as aforesaid, shall take good and sufficient security, that the plaintiff in error shall prosecute his writ to effect, and answer all damages and costs if he fails to make his plea good.*

*SEC . 33. And be it further enacted, That for any crime or offense against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offense. And copies of the process shall be returned as speedily as may be into the clerks office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offense is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is*

*to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offense, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offense not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.*

*SEC . 24. And be it further enacted, That when a judgment or decree shall be reversed in a circuit court, such court shall proceed to render such judgment or pass such decree as the district court should have rendered or passed; and the Supreme Court shall do the same on reversals therein, except where the reversal is in favor of the plaintiff, or petitioner in the original suit, and the damages to be assessed, or matter to be decreed, are uncertain, in which case they shall remand the cause for a final decision. And the Supreme Court shall not issue execution in causes that are removed before them by writs of error, but shall send a special mandate to the circuit court to award execution thereupon reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.*

*SEC . 30. And be it further enacted, That the mode of proof by oral testimony and examination of witnesses in open court shall be the same in all the courts of the United States, as well in the trial of causes in equity and of admiralty and maritime jurisdiction, as of actions at common law. And when the testimony of any person shall be necessary in any civil cause depending in any district in any court of the United States, who shall live at a greater distance from the place of trial than one hundred miles, or is bound on a voyage to sea, or is about to go out of the United States, or out of such district, and to a greater distance from the place of trial than as aforesaid, before the time of trial, or is ancient or very infirm, the deposition of such person may be taken de bene esse before any justice or judge of any of the courts of the United States, or before any chancellor, justice or judge of a supreme or superior court, mayor or chief magistrate of a city, or judge of a county court or court of common pleas of any of the United States, not being of counsel or attorney to either of the parties, or interested in the event of the cause, provided that a notification from the magistrate before whom the deposition is to be taken to the adverse party, to be present at the taking of the same, and to put interrogatories, if he think fit, be first made out and served on the adverse party or his attorney as either may be nearest, if either is within one hundred miles of the place of such caption, allowing time for their attendance after notified, not less than at the rate of one day, Sundays exclusive, for every twenty*

*miles travel. And in causes of admiralty and maritime jurisdiction, or other cases of seizure when a libel shall be filed, in which an adverse party is not named, and depositions of persons circumstanced as aforesaid shall be taken before a claim be put in, the like notification as aforesaid shall be given to the person having the agency or possession of the property libelled at the time of the capture or seizure of the same, if known to the libellant. And every person deposing as aforesaid shall be carefully examined and cautioned, and sworn or affirmed to testify the whole truth, and shall subscribe the testimony by him or her given after the same shall be reduced to writing, which Shall be by the*

*magistrate taking the deposition, or by the deponent in his presence. And the depositions so taken shall be retained by such magistrate until he deliver the same with his own hand into the court for which they are taken, or shall , together with a certificate of the reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.*

## Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor, americas aboriginal newtown (pennsylvanian) national, and Subject of the Al Maroc Shereefian Empire, "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves**(Federal)**, nor a Citizen of the united states of america in congress assembled and its several states**(confederacy).***" Your orator's core private rights (privatum) have been and will continue to be destroyed by People bound by oath to be Persons worthy of Trust who are Privateers/Pirates masquerading as Citizens of the united states of north america, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederating against claimant in a very ***unbecoming*** hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, **(the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations**), a person of color, ethnic, indigenous, an Indian, a native

American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating claimant/suitor/libellant to being legally incapacitated, and as a perpetual minor, if not "dead" in the

Page 24

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

law captured condemed vessels and vassels lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority through acts of war through assault and beatings on the High Seas and elsewhere to change claimant/suitor/libellant from being a private People called Moor and Subject of the Al Maroc Shereefian Empire without his **consent**, **volition, act and deed**. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the constitutions shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said fiduciary/defendant(s)/libelee(s)/privateers have subjected the claimant/suitor/libellant to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities, to alter his special and particular political status. Libellant(s) core private maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide by letters of marque/reprisal. It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary, to Equity in admiralty and maritime by nature law of nations, good conscience and good reason, and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire, and is repugnant to the constitution, maritime treaties and laws of the united states of america in congress assembled, to mistakenly sacrifice my right to self determination as a private People called Moor, americas aboriginal newtown (pennsylvanian) national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, merchandise, convoys, sea ports, ports of lading Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the Al Maroc Shereeflan Empire, my name, my family ties, my hereditary culture, and my inheritance.. I am a people called Moor. *"Equity aids the vigilant, not those who slumber on their rights"*

*FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901.*

*LAWS REMAINING IN FORCE.*

*SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, **the principles of equity and admiralty, all general acts of Congress** not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .*

**Statement of the Cause**

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor americas aboriginal pennsylvanian national A Noble, A Empress, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels,

Page **25**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)*," your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia its waters, vessels or ships*, or *the united states of america in congress assembled* maritime contracts or statutes waters vessels and ships, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor Subject "cannot" be reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to **"substantive due process of war"** and equal Justice being rendered in the admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of marque/reprisal "Acts of War "proceeding under any mode other than the original equal justice being rendered in admiralty and maritime jurisdiction by nature, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled*, or *the united states for the district of columbia,* which are **inconsistent** with and **repugnant** to our reciprocal maritime treaties and therefore he cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as an **"ipso jure"** Moor Subject of the *Al Maroc Shereefian Empire*. Your orator requires that this court and its People bound by oath to be Persons Worthy of Trust issue a private declaratory decree acknowledging that your orator is, "in fact," a private People called Moor, americas aboriginal newtown (pennsylvanian) national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)*" and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation**. *"Equity aids the vigilant, not those who slumber on their rights."*

**Statement of the Cause**

Your orator's special cause is for the **termination** of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and I demand restoration and exoneration from all liabilities of the defendant Rachel Genevieve Powers a registered organization name trust vessel in Erie county, Ohio is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust vessel that was granted to your orator by her mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for her private enjoyment, use,

Page **26**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable maritime claims are uncontroverted. Your orator is beneficial owner and Captain of the Estate (vessel), and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, her person, and her minor offspring barclay, enzo horus d/b/a ENZO HORUS BARCLAY, and her right to work, and to sell and acquire property, and engage in any lawful business, and her and his reputation, health and capacity to labor, and her and his right to enjoy the senses of sight, smell, hearing and taste, and her and his right of speech and locomotion, and her and his right to enjoy their sense of moral propriety when normal, to live by her labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of the your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit her. Your orator's substantive maritime equitable rights to own property and to **"*substantive due process of war*"** and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty and maritime by characteristic, much less at martial **"Non-Substantive due process of War"** and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances she is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to her, by virtue of her private status as a private people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this High court, your orator may be subjected to further unjust and irreparable harm and destruction of her maritime treaty protected rights and property by libelee(s) in libel beyond repair. **"*Equity abhors a forfeiture.*"**

### Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon her in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK" INFERIOR COURTS, namely ,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA (*federal rules of civil procedures and federal rules of Appellate procedures*) ***These rules do not apply to prize proceedings in admiralty,*** Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably

erroneous an **"Oxymoron"; "unmoored" and "Farcical"** Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any maritime treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. "*Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail.*" Your orator's core private rights are not cognizable at law, or the colorable quasi in rem admiralty and maritime legal legislative letters of marque/reprisal proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*.

Page **27**

### *Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. the claimant's core private natural maritime rights are in jeopardy of being destroyed by libelee(s) in libel; are of those classes, which the maritime treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal. The claimant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name Rachel Genevieve Powers trust vessel, in relation to the claimant/, as a **"ipso jure"** Moor Subject. It is **only under legal compulsion** that the claimant/suitor/libellant is subjected to any **jurisdiction** other than the exclusive equity in the admiralty and maritime jurisdiction by nature law of nations. vested by the *Articles of Confederation ARTICLE XII*; *Treaty of 1787 Marrakech ARTICLE II, XXI*; *1789 constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17 ;* the *Judiciary Act of 1789 1 stat 73 §9. and §11 and §16, §20,§22,§25,§26, §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII.* and cannot be affected by the emergency enactments of legislation due to the said conflict, the inherent law, equitable maritime principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime defenses from said colorable admiralty letters of marque proceeding legal in nature, in the courts of several states.

**Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912** *This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that" before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.* **"He who comes into equity must come with clean hands"**

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," she makes her original claim against/libelee(s)/privateers seeking equitable maritime restoration, exoneration and remedy from the burden caused by (i) trespass upon your orators inherent natural rights to equal Justice being rendered towards her in admiralty/maritime by nature concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of her private status as a private People called Moor A Noble, an Empress, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods,

Page **28**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime jurisdiction by this district court, your orator has been subjected to unjust and irreparable harm and destruction in contravention of her maritime treaty protected rights and property.

**Statement of the Cause**

The primary subject matter issue of the claimant's speciali causa (special cause) is for the complete restoration against the destruction of rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which she has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the defendant(s)libelee(s)/privateers and the claimant/suitor/libellant, where the claimant was at a disadvantage, and as a consequence the account is inequitable. The claimant equitable maritime cause is a complex accounting, and she is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the defendant/trustee(s)libelee(s) to make disclosure and therefore a discovery by suit in equity and admiralty by nature is indispensable. The claimant/suitor/libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s)/libelee(s)privateers have handled the estate of the claimant; or done business for him. The complainant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the claimant/suitor/libellant has an interest, and to pay over whatever may be due or belong to her. "*A good and faithful servant shall make a full accounting, to the owner, of the talents he was granted.*"

The claimant/suitor/libellant has through her inherent power of appointment, appointed each defendant/libelee(s)privateers, having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title in the form of a Deed of

Conveyance to each defendant/libelee(s). To be held in private by said defendant(s)/libelee(s)/privateers for the private enjoyment, use, possession, and benefit of the claimant. Each defendant/libelee(s)/privateers was noticed of the claimant's, manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the claimant has an interest; to pay over whatever may be due or belong to her, or the balance due claimant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the claimant went, or should have gone, into the possession, or under the control, of the defendant/libelee(s)/privateers, giving items, dates, values, and circumstances. The defendant/libelee(s)/privateers has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof; or, if she did render any, that it was imperfect and incorrect, balance due claimant on a fair accounting; that claimant refused to accept it in any respect, and so notified the defendant/libelee/privateer; Your orator requires for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the defendant/suitor/libellant has any sureties bound for her good conduct, they should be made defendant(s)/libelee(s)/privateers, and their

Page **29**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

suretyship alleged in the body of the bill be equitably maritime/admiralty attached. "*One who seeks equity must do equity.*"

**Statement of the Cause**

The primary subject matter issue of the claimant's/ libellant's speciali causa (special cause) is for the full restoration against the destruction of maritime rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including maritime/mercantile treaties, upon which she has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. powers, rachel genevieve, an infant, core private rights were MISTAKENLY sacrificed by her mother and father at her birth, without her being fully availed and acknowledged of her equitable Maritime defenses powers, rachel genevieve as an "implied" surety, has been imputed a serious liability for the indemnity or satisfaction of the debts of the said Ohio registered organization trust vessel, RACHEL GENEVIEVE POWERS, decedent's legal estate person. powers, rachel genevieve Mooress grantee, cestui que heir has been subjected to a Legal mode of colorable admiralty maritime letters of Marque/Reprisal Proceedings without the private treaty protections of the Treaty of Marrakech 1787 ARTICLE II, XXI, the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *1789 constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17*, under the rules of Chancery which she is entitled to, by way of her special and particular political status and equitable maritime Treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and her ancestor are one and the same people," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. **I am the mother, parens patriae, and next friend, for BARCLAY, ENZO HORUS, Mooress beneficiary of the registered organization name RACHEL GENEVIEVE POWERS and I gave him his name and vessel. I redeem him and have a just right to claim him (propria vigore) on my own authority, he is mine. He is born through promise. He is a child of the Most-High.** This bill is filed for his benefit and all my known

heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over BARCLAY, ENZO HORUS, registered organization names RACHEL GENEVIEVE POWERS and ENZO HORUS BARCLAY. I DECLARE, I am his Mooress Mother grantee/grantor/guardian, **for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessel, offspring through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)**

Your Orator also calls into question the intentions of the named Defendants/libelees, barclay, lashantee elizabeth marie yevette, who is a person under legal disability, women, a bankrupt ship lost at sea, who are represented by a NEXT OF FRIEND *"Equity does not aid the volunteer"*.

I powers, rachel genevieve Mooress/grantee/grantor/guardian/Captain/Seaman, Commander, Mother of barclay, enzo horus, Mooress beneficiary of the registered organization names RACHEL GENEVIEVE POWERS and ENZO HORUS BARCLAY, appointed People bound by oath to be Persons Worthy of Trust for the well-being of his persons or his property in good reason and good conscience having been bound to do, for this reason this court is given Maritime by nature jurisdiction over the persons and estates of minors, under legal disability. For I powers, rachel genevieve a private people called Moor/grantee/grantor/guardian/mother/commander/captain/emperess/merchant who has attained the age of majority in personam **"Always"** Who is *Sui Juris* I am the mother, parens patriae, and next friend, for barclay, enzo horus, Mooress beneficiary of the registered organization trust vessel names RACHEL GENEVIEVE

Page

**30**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

POWERS and ENZO HORUS BARCLAY. **I gave him his name. I redeem him and have a just right to claim him (propria vigore) on my own authority, he is mine**. He is born through promise. He is a child of the Most-High. This bill is filed for his benefit and all my heirs/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over powers, rachel genevieve registered organization names RACHEL GENEVIEVE POWERS and ENZO HORUS BARCLAY. I DECLARE, I am his Mooress grantee/grantor/guardian/mother/seaman, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessel/offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

If anyone DENIES, I DEMAND they:

    Show "good" cause why I "do not" hold superior equitable maritime or legal title to barclay, enzo horus, beneficiary of the registered organization name ENZO HORUS BARCLAY, and ENZO BARCLAY, vessel, and that it's "not" a sacred trust.

    - Show "good" cause why any presumed administration of barclay, enzo horus, beneficiary of the registered organization name ENZO HORUS BARCLAY, and BARCLAY, ENZO HORUS estate is "not" absolute void, and as a private people called Moor grantee/grantor/beneficiary/guardian, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to his estate.

    - Show "good" cause why I "cannot" have barclay, enzo horus, beneficiary of the registered organization name ENZO HORUS BARCLAY and ENZO HORUS BARCLAY estate be restored to me, and why I

"cannot recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to him.

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," she makes her original claim against defendant(s)/libelee(s) seeking equitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards her concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s)privateers, (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of her private status as a people called Mooress and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, your orator has been subjected to unjust and irreparable harm and destruction in libel of her maritme treaty protected rights and property.

Page **31**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Your orator's private rights have been irreparably destroyed in libel beyond repair because my rights have already been destroyed in contravention in the past and present by the following ***"People who are bound by oath to be Persons Worthy of Trust"*** o'brien, erich j d/b/a ERICH J. O'BRIEN sandusky municipal court judge/privateer, delamatre, robert d/b/a ROBERT DELAMATRE, erie county common pleas judge juvenile division et al., lill, aj d/b/a AJ LILL director of erie county job and family services et al., icsman, jacob d/b/a JACOB ICSMAN police officer for sandusky police department et al., burley, betty j. d/b/a BETTY J. BURLEY attorney for erie county job and family services et al., paule, jessica d/b/a JESSICA PAULE attorney for erie county job and family services et al., desalle, james d. d/b/a JAMES D. DESALLE detective for sandusky police department et al., They are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable admiralty Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, strictly arbitrary statements or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. ***"Equity does not aid the Volunteer".***

Your orator's private rights have been completely destroyed in libel beyond repair because her rights have already

been destroyed in contravention in the past and present by the following "*People who are bound by oath to be Persons Worthy of Trust*" mcgookey, beverly k d/b/a BEVERLY K. MCGOOKEY erie county common pleas court judge/privateer and binette, roger d/b/a ROGER BINETTE et al., erie county common pleas court judge/privateer et al., and burley, betty j d/b/a BETTY JEAN BURLEY attorney/prosecutor/privateer et al., kennedy, sharon l d/b/a SHARON L. KENNEDY cheif justice of the supreme court/privateer et al., baxter, kevin j d/b/a KEVIN J. BAXTER prosecutor for erie county et al., and cooper, jacob d/b/a JACOB COOPER deputy pre-trail officer adult probation et al., and cruz, carissa d/b/a CARISSA CRUZ detective for erie county sheriff's department /privateer et al, They are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable admiralty Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, strictly arbitrary statements, or by taking an unconscientious advantage of the alleged defendant using letters of marque/reprisal as privateers/pirates, or by any other fraud against me and my beneficiaries. powers, rachel genevieve, d/b/a RACHEL GENEVIEVE POWERS, and barclay, enzo horus d/b/a BARCLAY, ENZO HORUS on 1/3/2023 we were and are currently in fear of our lives and currently being molested and tresspassed on by an unlawful detainer out of our own ports by privateers/pirates shock, karly d/b/a KARLY SHOCH caseworker for erie county job and family services/pirate et al., delamatre, robert d/b/a ROBERT DELAMTRE erie county family court judge/pirate et al sharareh feizkhah d/b/a SHARAREH FEIZKHAH intake caseworker for erie county job and family services et al., james, patty d/b/a PATTY JAMES CASA/coach et al., lill, aj d/b/a AJ LILL director for erie county job and family services et al., shultz, michelle d/b/a MICHELLE SHULTZ facilitator for erie county job and family services et al., gilbert, ashley d/b/a ASHLEY GILBERT supervisor for erie county job and family services et al., clyburn, emeline d/b/a EMELINE CLYBURN supervisor for erie county job and family services et al., bath, anthony ray d/b/a ANTHONY RAY BATH police officer for sandusky police department et al., cook, makayla d/b/a MAKAYLA COOK police officer for sandusky police department et al., desalle, james d. d/b/a JAMES D. DESALLE detective for

Page **32**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

sandusky police department et al., icsman, jacob d/b/a JACOB ICSMAN police officer for sandusky police department et al., lillo, bronson m d/b/a BRONSON M. LILLO police officer for sandusky police department et al., peters, nicholas d/b/a NICHOLAS PETERS police officer for sandusky police department et al., calling themselves constables going to war with us without substantive due process of war using a colorable writ of execution dated 1/4/2023 **without the consent** of congress see (erie county common pleas juvenile division) Trust Vessel Case # 2022-JD-0012, 2022-JD-0013 2022-JD-0014, 2022-JD-0015, 2023-JD-0001, prima facie evidence of the fraud and corruption *"He who occasions the loss must bear the burden"*,the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *"Equity does not aid the Volunteer"*.

   The venue called **SANDUSKY MUNICIPAL COURT, ERIE COUNTY COURT OF COMMON PLEAS JUVENILE DIVISION, ERIE COUNTY COURT OF COMMON PLEAS "legal fiction"** Oxymoron and unmoored is improper *NON-SUBSTANTIVE DUE PROCESS OF WAR "In Fact" and its* **People who are bound by oath to be Persons Worthy of Trust** are incapable of speaking law over any matters concerning Maritime Treaties, articles of Confederation and Constitutions. These proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and it is very clear that there exists a Conflict of Law and Variance. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary

to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an *"ipso jure"* a Private People called Moor and Subject of the Al Maroc Shereefian Empire. The above named *Persons Worthy of Trust* are clearly citizens of the united states for the district of columbia which makes them Enemy belligerent Privateers masquerading as Citizens of united states of north america and they continued to move against the Mooress in a very ***unbecoming*** Hostile manner in character act and deed with intent and purpose of Treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator *"in Fact"* Denied all these Scandalous allegations. delamatre, robert erie county common pleas court judge for the juvenile division et al., paulette, lilly erie county prosecutor/attorney et al., baxter, kevin j. erie county prosecutor/attorney et al., holman, dean erie county prosecutor/attorney et al., burley, betty j. erie county prosecutor et al., lill, aj director of erie county job and family services et al., o'brien, erich j. sandusky municipal court judge et al., paule, jessica erie county prosecutor/attorney et al., were appointed as ***People who are bound by oath to be Persons Worthy of Trust*** and was issued a ***Deed of Conveyance*** on special deposit with specific performance to extinguish all debts in the public and setoff in the private they hereby **failed** to Obey the Mooress by following her instructions which constitutes a Breach of faith, Breach of Treaty relations and **Breach of Fiduciary Duties in** **contravention by stepping outside the boundary lines exceeding the 10 x 10 square mile breaching 1789** **constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II.** Furthermore delamatre, robert did acknowledge that your Orator ***"In Fact"*** has a Special Title and is a Mooress People of the Moor Estate consequently they also admits "in fact" that they have an oath they MUST follow that is contrary to the oath or oaths they took to Your Orator as an ipso jure Mooress Subject of the Al Maroc Shereefian Empire which is very ***unbecoming*** of their character act and deed. delamatre, robert., burley, betty j. entered in letters of marque/reprisal against my property "RACHEL GENEVIEVE POWERS" in contravention with *the intent and purpose of molesting me, my vessel barclay, enzo horus, and my persons/property in a so-called unlawful detainer/kidnapping action in contravention through acts of war called Letters of marque/reprisal knowingly and admittingly through legal compulsion.* The above named Persons Worthy of Trust realize and hereby understands that i am egressed perpetually in the ***Dominions of the Al Maroc***

Page **33**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

***Shereefian Empire*** and have the unalienable private maritime right bestowed upon me by the Most High Anu-el to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and People bound by oath to be Persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the **irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect.** Said equitable maritime attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action. I powers, rachel genevieve, a private people called Moor grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and of admiralty, demands for equal justice to be rendered in admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interests of the said described property including, but not limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered. ***"Equity does not aid the Volunteer"***

**Statement of the Cause**

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable maritime relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime jurisdiction by nature law of nations towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s)/privateers (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable maritime and admiralty quasi in rem military legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in the admiralty and maritime jurisdiction by nature by this court, your orator has been and continue to be subjected to unjust and irreparable harm, slander and destruction in libel of her maritime treaty protected rights and property.

Your orator's private rights have been destroyed and continue to be destroyed because my rights have already been destroyed in the past and present in contravention by the following *"People who are bound by oath to be Persons Worthy of Trust"* delamatre, robert d/b/a ROBERT DELAMATRE erie county court of common pleas juvenile division/privateer et al., burley, betty j. d/b/a BETTY J. BURLEY prosecutor/attorney for erie county job and family services et al., o'brien, erich j. d/b/a ERICH J. O'BRIEN sandusky municipal court judge/privateer et al., they are guilty of breaching faith *unbecoming* in character act and deed by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable admiralty Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the

Page **34**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *"Equity does not aid the Volunteer".*

On January 4rd 2023 I was confederated against and detained/captured/assaulted **(please reference exhibit A,B,C,D)** and had excessive force used against me that caused **extensive** unnecessary bodily injury to me by detective desalle, james d. d/b/a james d. desalle, a christian enemy crewman cruisers importing and exporting my vessel as cargo outside of enemy lines and shipped and received in enemy ports subjected to bottomry in the warehouse of the enemy ship through assaults and beatings on the High Seas and elsewhere by delamatre, robert d/b/a ROBERT DELAMATRE erie county court of common pleas judge, juvenile division et al., o'brien, erich j. d/b/a ERICH J. O'BRIEN, judge for sandusky municipal court et al., shock, karly d/b/a KARLY SHOCH caseworker for erie county job and family services et al., lill, aj d/b/a AJ LILL, director of erie county job and family services et al., desalle, james d. d/b/a JAMES D. DESALLE, detective for sandusky police department et al., icsman, jacob d/b/a JACOB ICSMAN, police officer for sandusky police department et al., cook, makayla d/b/a MAKAYLA COOK, police officer for sandusky police department et al., peters, nicholas d/b/a NICHOLAS PETERS, police officer for sandusky police department et al., bath, anthony ray d/b/a ANTHONY RAY BATH,

police officer for sandusky police department et al., lillo, bronson m. d/b/a BRONSON M. LILLO, police officer for sandusky police department et al., people who are bound by oath to be Persons Worthy of Trust" *after I gave Robert Delamatre actual notice of my special and particular political status as a People called Moor which is a direct breach of their fiduciary duties as Trustees* pursuant to *1789 constitution of the united states Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II* to Protect and render aid to me and my vessels as a People called Moor and also protect People who are Citizens of the united states of america in congress assembled. The judge was more than aware of my title as an ipso jure mooress subject of the al maroc shereefian empire, and committed blasphemy treason on the High Seas against me by calling me a sovereign citizen which is very *unbecoming and slanderous* of him in character act and deed. I am currently in fear of my life because an appeal to arms was made against me as a Mooress without a year notice for me to get my property and myself to safe place causing a shock to my conscience and not being able to pass and repass amongst the christians and jews as the 1492 Treaty of Grenada clearly expresses and I am the Mooress beneficiary and my natural maritime rights are being irreparably destroyed as we speak **"In Fact" in libel** by unbecoming hostile and belligerent citizens of the united states for the district of columbia in clear breach of 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI. I as a People called Moor calls into question the Intent and Purpose of delamatre, robert d/b/a ROBERT DELAMATRE judge//privateer et al., o'brien, erich j. d/b/a ERICH J. O'BRIEN, judge/privateer et al., a People bound by oath to be a Persons worthy of trust because he was given notice of my status in the form of a bill sent to him by the clerk of court and failed to give notice of my *Special and Particular Political Status* as a Mooress to his co-Trustees who works under him and allowing them to detain beat and assault using letters of marque/reprisal to Confederate against a Mooress in a hostile and belligerent manner which is very *unbecoming* of him in character act and deed "*He who occasions the loss must bear the burden*" *"Equity Imputes an Intent to fulfill an obligation". As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the People bound to oath to be Persons worthy of Trust named in this statement of cause, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable maritime attachment is collateral security in the form of an equitable maritime mortgage with all rights to assign as a choice in this action. I powers, rachel genevieve, a private people called Moor

Page **35**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*
grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and maritime, demands for equal justice to be rendered in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered in the exclusive admiralty and maritime jurisdiction laws of nations. **"Equity does not aid the Volunteer"**

## Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against defendant(s)/libelee(s)/privateers seeking equitable maritime restoration of my vessels and ships from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime by nature jurisdiction towards her concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error

or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military legal colorable admiralty proceedings through letters of marque/reprisal.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of her private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime by nature by this High court, your orator has been subjected to unjust and irreparable harm and destruction in libel of his maritime/mercantile treaty protected rights and property.

Your orator's private rights have been destroyed and are currently in jeopardy of being destroyed in the near future in libel by the following ***"People who are bound by oath to be Persons Worthy of Trust"*** martin, donna d/b/a DONNA MARTIN provost marshal general of the army of the united states/privateer et al Heirs and Assigns., and dewine, mike d/b/a MIKE DEWINE ohio governor/privateer et al., they are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, arbitrary statements or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed* ***"Equity does not aid the Volunteer".***

I powers, rachel genevieve a private people called Moor/americas aboriginal newtown (pennsylvanian) national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and

Page **36**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

offshore "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)*, and Subject of the Al Maroc Shereefian Empire. My private rights as a people called Moor have been irreparably destroyed in libel since the moment I was conceived by *unbecoming* hostile enemy belligerent citizens of the united states for the district of columbia/privateers in character act and deed by the above named libelee(s) who are People bound by oath to be Persons worthy of trust by **failing miserably** to uphold and protect an ipso jure Mooress Subject who is a People. They neglected to restrain their co-Trustees and belligerent citizens from appealing arms and confederating against a People called Moor while passing and repass amongst christians and jews expressed with specific intent and purpose by my ancestors in the 1492 Treaty of Grenada and 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI, *1789 constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II.* ***Equity imputes an intent to fulfill an obligation***" ,"***Equity sees as done as what ought to be done".*** There has been a clear breach of fiduciary relations, Breach of fiduciary relations, and breach of Trust in admiralty and maritime by nature as I clearly have a Special and Particular Political status not cognizable in colorable admiralty courts at law or in rem because i'm a Mooress

Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI.

*Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" He who comes into equity must come with clean hands" He who occasions the loss must bear the burden".*

## Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied maritime equitable surety," she makes her original claim against defendant(s)/libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards her concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter,

Page **37**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable court, your orator may be subject to unjust and irreparable harm and destruction of her maritime treaty protected rights and property.

Your orator is in jeopardy of her private rights being destroyed in contravention in the very near future because my rights have already been irreparably destroyed in the past and present in libel by the following privateers christian enemies in breach of 1789 constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. *"People who are bound by oath to be Persons Worthy of Trust"* martin, donna d/b/a DONNA MARTIN provost marshal general of the army of the united states et al, and garland, merrick d/b/a MERRICK GARLAND attorney general of the united states et al., kijakazi, kilolo d/b/a KILOLO KIJAKAZI commissioner of social security administration et al., yellen, janet louise d/b/a JANET LOUISE YELLEN treasurer of the united states et al., blinken, antony d/b/a ANTONY BLINKEN secretary of state of the united states et al.,

haaland, debra anne d/b/a DEBRA ANNE HAALAND secretary of interior of the united states et al., rettig, charles paul d/b/a CHARLES PAUL RETTIG commissioner of internal revenue et al., mayorkas, alejandro d/b/a ALEJANDRO MAYORKAS secretary of homeland security et al., yost, dave d/b/a DAVE YOST ohio attorney general et al., tone, tygh m. d/b/a TYGH M. TONE erie county court of common pleas et al., vaughn, robert d/b/a ROBERT VAUGHN ohio clerk/supreme court clerk et al., henry, michelle d/b/a MICHELLE HENRY pennsylvania attorney general et al., kennedy, sharon l d/b/a SHARON L. KENNEDY chief justice of the ohio supreme court et al., mcgookey, beverly k. d/b/a BEVERLY K. MCGOOKEY erie county common pleas court judge et al., mcgookey, johnathan d/b/a JOHNATHAN MCGOOKEY attorney et al., wisehart, troy d/b/a TROY WISEHART attorney et al., delamatre, robert d/b/a ROBERT DELAMATRE erie county court of common pleas juvenile division et al., dejoy, louis d/b/a LOUIS DEJOY postmaster general et al., schmidt, al d/b/a AL SCHMIDT pennsylvania secretary of state et al., paul, sigsworth d/b/a PAUL SIGSWORTH erie county sheriff et al., barclay, kim y. d/b/a KIM YEVETTE BARCLAY caretaker/custodian a women a bankrupt ship lost at sea., barclay, leshantee elizabeth marie yevette d/b/a LASHANTEE ELIZABETH MARIE YEVETTE caretaker/custodian a women, a bankrupt ship lost at sea et al., simmons, jolene r. d/b/a JOLENE RENEE SIMMONS caretaker/custodian, a women, a bankrupt ship lost at sea et al., lynch, jody d/b/a JODY LYNCH caretaker/custodian, a women, a bankrupts ship lost at sea et al., pace, raquel d/b/a RAQUEL PACE owner/ceo center for cultural awareness et al., cooper, teron d/b/a TERON COOPER pirate/privateer et al., newell-hancock, beverly d/b/a BEVERLY NEWELL-HANCOCK attorney et al., chambers-smith, annette d/b/a ANNETTE CHAMBERS-SMITH director of ohio department of rehabilitation and corrections et al., banks, ed d/b/a ED BANKS assistant director ohio department of rehabilitation and corrections et al., barrientos, maricarmen d/b/a MARICARMEN BARRIENTOS state registrar for New Jersey vital statistics et al., okereke, jossette d/b/a JOSSETTE OKEREKE warden for ohio correctional reception center et al., dixon, robert a. d/b/a ROBERT A. DIXON attorney/privateer et al., miller, justin d/b/a JUSTIN MILLER attorney/privateer et al., figueroa, olga d/b/a OLGA FIIGUEROA trenton local registrar et al., reynolds, jerrice d/b/a JERRICE REYNOLDS pirate/privateer et al., timko, sidney d/b/a SIDNEY TIMKO lieutenant for erie county sheriff's department et al., codeluppi, ryan d/b/a RYAN CODELUPPI caseworker for erie county department of job and family services et al., lamb, bryan p. d/b/a BRYAN P. LAMB attorney for lamb law et al., oliver, jared d/b/a JARED OLIVER police chief for sandusky police department et al., see, not named d/b/a NOT NAMED SEE corrections officer for erie county sheriff's department et al., musser, jeffrey d/b/a JEFFREY MUSSER police chief for the perkins police department et al., siveling, not named d/b/a NOT NAMED SIVELING corrections officer for erie county sheriff's department et al., morrenson, not named d/b/a NOT NAMED MORRENSON

Page **38**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

corrections officer for erie county sheriff's department et al., jones, not named d/b/a NOT NAMED JONES corrections officer for erie county sheriff's department et al., anderson, not named d/b/a NOT NAMED ANDERSON corrections officer for erie county sheriff's department/privateer et al, olsen, ellen m. d/b/a ELLEN M. OLSEN erie county recorder et al., shapiro, josh d/b/a JOSH SHAPIRO governor of the state of pennsylvania/privateer/pirate et al., zuckerberg, mark d/b/a MARK ZUCKERBERG ceo of meta/facebook/privateer/pirate et al., biden, joseph robinette d/b/a JOSEPH ROBINETTE BIDEN president of the united states for the district of columbia/privateer/pirate et al., dejoy, louis d/b/a LOUIS DEJOY postmaster general et al., guterres, antonio d/b/a ANTONIO GUTERRES secretary-general of the united nations et al., huongbo, gilbert f. d/b/a GILBERT F. HUONGBO ILO director-general et al., dongyu, qu d/b/a QU DONGYU FAO director-general et al.,azoulay, audrey d/b/a AUDREY AZOULAY UNESCO director-general et al., salazar, juan carlos d/b/a JUAN CARLOS SALAZAR ICHO secretary-general et al.,ghebreyesus, tedros adhanom d/b/a TEDROS ADHANOM GHEBREYESUS WHO director-general et al.,malpass, david r. d/b/a DAVID R. MALPASS president of the world bank group et al., metoki, masahiko MASAHIKO METOKI UPU director-general et al.,georgieva, kristalina d/b/a

KRISTALINA GEORGIEVA IMF managing-director et al., hao, houlin d/b/a HOULIN ZHAO ITU secretary-general et al., taalas, petteri d/b/a PETTERI TAALAS WMO secretary-general et al., lim, kitack d/b/a KITACK LIM IMO secretary-general et al., tang, daren d/b/a DAREN TANG WIPO director-general et al., waly, ghada fathi d/b/a GHADA FATHI WALY UNODC executive-director et al., beasley, david d/b/a DAVID BEASLEY WFP executive-director et al., sharif, maimunah mohd d/b/a MAIMUNAH MOHD UN habitat executive-director et al., okonjo-iweala, ngozi d/b/a NGOZI OKONJO-IWEALA WTO director-general et al., grossi, rafael mariano d/b/a RAFAEL MARIANO GROSSI IAEA director-general et al., pololikashivili, zurab d/b/a ZURAB POLOLIKASHIVILI UNWTO secretary-general et al., muller, gerd d/b/a GERD MULLER UNIDO director-general et al., lario, Alvaro d/b/a ALVARO LARIO IFAD president et al., russell, catherine m. d/b/a CATHERINE M. RUSSELL UNICEF executive-director et al., kanem, natalia d/b/a NATALIA KANEM UNFPA executive-director et al., vitorino, antonio d/b/a ANTONIO VITORINO LOM director-general et al., bahous, sima sami d/b/a SIMA SAMI BOHOUS UN WOMAN executive-director et al., grynspan, rebeca d/b/a REBECA GRYNSPAN UNCTAD secretary-general et al., steiner, achim d/b/a ACHIM STEINER UNDP administrator et al., anderson, inger d/b/a INGER ANDERSON UNEP executive-director et al., grandi, filippo d/b/a FILIPPO GRANDI UNHCR high commissioner et al., lazzarini, phillipe d/b/a PHILLIPE LAZZARINI UNRWA commissioner general et al.,schwab, klaus d/b/a KLAUS SCHWAB executive chairman of the world economic forum et al., Heirs and Assigns are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations as pirates/privateers and a good conscience by continuing to use the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, arbitrary statements or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed* **"Equity does not aid the Volunteer".**

The above mentioned defendants/libelee(s) whether officials/trustees public or private or caretakers/custodians have breached their duties that I as a people called Moor entrusted these People who are bound by oath to be Persons Worthy of Trust to discharge their duties faithfully while in their office of Trust and are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas breached maritime treaty relations, breached fiduciary relations and breached trust

Page **39**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

relations my private rights have been irreparably destroyed beyond repair in libel. Their actions are **demonstrably erroneous and unbecoming in nature character act and deed**. There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because i'm a Moor Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI. *Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and*

*to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future.*"*Equity follows the law*" *He who comes into equity must come with clean hands*" *He who occasions the loss must bear the burden*".

### Statement of the Cause

I powers, rachel genevieve a Private People called Moors/grantee/grantor/beneficiary hereby require, demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (united states for the district of columbia) as written in the Articles of Confederation 1781 is already in breach of faith because its people who are bound by oath to be persons worthy of trust allowed the committee of states to go to war with a private People called Moors intentionally using DixieCrats aka Democrats allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the Moors one by one to citizens of the united states for the district of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I as the Lord of the Land Air and Water the Moor Subject of the Al Maroc Shereefian Empire am offering grace and forgiveness to the United States in congress assembled and its People who are bound by oath to be Persons Worthy of Trust as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. Prince George in the 1763 proclamation never gave consent by license for the united states for the district of columbia and its agents to step outside of the ten square miles. So I command swain, laura t. d/b/a LAURA T. SAWIN chief judge/ acting as chancellor/master to restore the confederacy of the united states in congress assembled and its several states so that the Citizens of the several states may be in peace. As for the Subjects of the Al Maroc Shereefian Empire the moment they claim to be Moors I demand they be immediately released and set at liberty for **I never gave permission or consent** for any of my Subjects/Beneficiaries to be naturalized or members of any one of the United States. My Subjects are under Me as I am the empress in my own right for I will never entertain the idea or Subject Matter known as Naturalization for Moors because there

Page **40**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

is no such thing as Citizenship in the Dominions of the Al Maroc Shereefian Empire. Remember as the 1786 Treaty of Marrakech states ; " *the law of the country shall take place and Equal Justice shall be rendered*".

### *I also demand the following named Moor subject be immediately released and set at liberty*

*Immediately release and set the following named Moor beneficiary vessel, goods and chattels at liberty barclay, leshawn maurice d/b/a LESHAWN MAURICE BARCLAY inmate trust # A804259*

### *Substantive Due Process of War*

<u>*Terms of Conditions*</u>

**Treaty with Algiers September 5, 1795**

**Article V.** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past**

**ARTICLE YE 15th**


**ARTICLE YE 15th**

*Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.* **Breached in the past** (A Trust arises)

**ARTICLE YE 19th**

*Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner.* **Breached in the past** (A Trust arises)

**ARTICLE 3.**

*If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners.* **Breached in the past** (A Trust arises)

**ARTICLE 12**., *In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable reference shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same;* **Breached in the past** (A Trust arises)

Page **41**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

**1786/1836 Treaty of Marrakech**

**Article II.** *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **Breached in the Past**

**Article V.** *If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if*

*any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.* **Breached in the Past**

**VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **Breached in the past** (A Trust arises)

**VII.** *If any Vessel of either Party shall pull into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.*

*If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.* **Breached in the past Breached in the past** (A Trust arises)

**Article XI.** *If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.* **Breached in the Past**

**Article X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.***"Breached in the past"…**

**Article XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.***"Breached in the past"…**

**Article XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* **"Breached in the past"…**

Page **42**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

**Article XX.** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.* **Breached in the Past**

*Article XVI. In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.* **Breached in the Past**

*Article XV. Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.***Breached in the Past**

*Article XXIII. The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.*

**1794 Jay Treaty Art. XXIV.** *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavor to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate.* **"Breached in the past"**…

**1796 Treaty of Tripoli Article XI.** *As the government of the United States of America is not in any sense founded on the Christian Religion,-as it has in itself no character of enmity against the laws, religion or tranquility of Musselmen,-and as the said States never have entered into any war or act of hostility against any Mehomitan nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.***"Breached in the past"**…

Page **43**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

***Treaty of Tripoli 1796-ARTICLE X***., The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been recieved by him previous to his signing the same, according to a receipt which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoly, of which part a note is likewise hereto annexed. And no presence

of any periodical tribute or further payment is ever to be made by either party; ***"Breached in the past"…***

***Exodus 24:12 10 Commandments Breached in the past*** *"You shall have no other gods before me.*

*4 "You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below.*

*5 You shall not bow down to them or worship them; for I, the Lord your God, am a jealous God, punishing the children for the sin of the parents to the third and fourth generation of those who hate me,*

*6 but showing love to a thousand generations of those who love me and keep my commandments.*

*7 "You shall not misuse the name of the Lord your God, for the Lord will not hold anyone guiltless who misuses his name.*

*8 "Remember the Sabbath day by keeping it holy. 9 Six days you shall labor and do all your work, 10 but the seventh day is a sabbath to the Lord your God. On it you shall not do any work, neither you, nor your son or daughter, nor your male or female servant, nor your animals, nor any foreigner residing in your towns. 11 For in six days the Lord made the heavens and the earth, the sea, and all that is in them, but he rested on the seventh day. Therefore the Lord blessed the Sabbath day and made it holy.*

*12 "Honor your father and your mother, so that you may live long in the land the Lord your God is giving you. 13*

*"You shall not murder.*

*14 "You shall not commit adultery.*

*15 "You shall not steal.*

*16 "You shall not give false testimony against your neighbor.*

*17 "You shall not covet your neighbor's house. You shall not covet your neighbor's wife, or his male or female servant, his ox or donkey, or anything that belongs to your neighbor."*

*Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty.*

*The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at*

Page **44**

***Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations***

*most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous*

*Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper*

*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.*

*The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

In Conclusion for the breach of faith/breach of treaty relations, and fiduciary duties in contravention is libel and **slander and Treason** against Ipso Moor Subjects of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including the 1789 constitution of the united states the 1871 organic act, the District of Columbia code etc. As Emperor Knowhere in the constitution did I state that the Constitution Trust Manifesto was perpetual it's very clear that there was a scandalous intent and purpose to extirpate the Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Moor Subjects of an Empire ***"He who occasions the loss must bear the burden"*** I declare all the People bound by oath to be Persons Worthy of Trust in Offices of the united states for the district of columbia, and the united states of america in congress assembled and its 1789 constitution of united states is **Void** ***Ab Initio and I Command Trustees not in breach to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, 1781 articles of confederation, Equity imputes an intent to fulfill an obligation, Equity see what is done as ought to be done.***

*Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State.*

### *I also demand the following named Moor subject be immediately released and set at liberty*

***Immediately release and set the following named Moor beneficiary vessel, goods and chattels at liberty barclay, leshawn maurice d/b/a LESHAWN MAURICE BARCLAY inmate trust # A804259***

**Statement of the Cause**

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 X 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with

Page **45**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to

capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company which the slav(e) Trade was wholly discontinued by the Emperor pursuant the 1774 Articles of Association which was agreed *To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows: 1. That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo* **Breached in the past.2**. **We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it Breached in the past.** *3. As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned* **breached in the past**. *4. The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament hereinafter mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or* **commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe breached in the past.**

The united states for the district of columbia has become a **<u>complete nuisance</u>** their unbecoming acts and deeds are completely contrary to ancient ethereal principles and needs to be completely destroyed and burned with fire like prophecy states which only the ones chosen by the most high can enforce so with the Powers invested in me As an Ipso Jure Moor Subject of an Empire I hereby conjure the spirits of the angelic bodies in the heavens to destroy all these wicked ones by enforcing Revelations chapter 16-18. "***It is so Written so Shall it Be done ASE***"

***Insurrection and rebellion Exposed Causing the Civil War in the Words of President Andrew Johnson***

***"Resolved, That the present deplorable civil war has been forced upon the country by the disunionists of the Southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feeling of mere passion or resentment, will recollect only its duty to the whole country; that this war is not prosecuted upon our part in any spirit of oppression nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established institutions of those States, but to defend and maintain the supremacy of the Constitution and all laws made in pursuance thereof, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired; that as soon as these objects are accomplished the war ought to cease."And whereas these resolutions, though not joint or concurrent in form, are substantially identical, and as such may be regarded as having expressed the sense of Congress upon the subject to which they relate; And***

Page **46**

***Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations***

*whereas, by my proclamation of the thirteenth day of June last, the insurrection in the State of Tennessee was declared to have been suppressed, the authority of the United States therein to be undisputed, and such United States officers as had been duly commissioned to be in the undisturbed exercise of their official functions; And whereas there now exists no organized armed resistance of misguided citizens or others to the authority of the United States in the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida, and the laws can be sustained and enforced therein by the proper civil authority, State or Federal, and the people of said States are well and loyally disposed, and have conformed or will conform in their legislation to the condition of affairs growing out of the amendment to the Constitution of the United States, prohibiting slavery within the limits and jurisdiction of the United States;And whereas, in view of the before-recited premises, it is the manifest determination of the American people that no State, of its own will, has the right or the power to go out of, or separate itself from, or be separated from the American Union, and that therefore each State ought to remain and constitute an integral part of the United States;And whereas the people of the several before-mentioned States have, in the manner aforesaid, given satisfactory evidence that they acquiesce in this sovereign and important resolution of national unity;And whereas it is believed to be a fundamental principle of government that people who have revolted, and who have been overcome and subdued, must either be dealt with so as to induce them voluntarily to become friends, or else they must be held by absolute military power, or devastated, so as to prevent them from ever again doing harm as enemies, which last-named policy is abhorrent to humanity and to freedom;*

*And whereas the Constitution of the United States provides for constituent communities only as States, and not as Territories, dependencies, provinces,or protectorates; And whereas such constituent States must necessarily be, and by the Constitution and laws of the United States are made equals, and placed upon a like footing as to political rights, immunities, dignity, and power with the several States with which they are united; And whereas the observance of political equality as a principle of right and justice is well calculated to encourage the people of the aforesaid States to be and become more and more constant and persevering in their renewed allegiance; And whereas standing armies, military occupation, martial law, military tribunals, and the suspension of the privilege of the writ of habeas corpus are, in time of peace, dangerous to public liberty, incompatible with the individual rights of the citizen, contrary to the genius and spirit of our free institutions,and exhaustive of the national resources, and ought not, therefore, to be sanctioned or allowed, except in cases of actual necessity, for repelling invasion or suppressing insurrection or rebellion;And whereas the policy of the government of the United States, from the beginning of the insurrection to its overthrow and final suppression, has been inconformity with the principles herein set forth and enumerated;*

*Now, therefore, I, ANDREW JOHNSON, president of the United States, do hereby proclaim and declare that the insurrection which heretofore existed in States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida is at an end, and is henceforth to be so regarded.*

*In testimony whereof, I have hereunto set my hand and caused the seal of Union. the United States to be affixed. Done at the city of Washington, this second day of April, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninetieth.*

*ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD,*

Page 47

*Secretary of State.*

*BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: June 8,1866.*

*A PROCLAMATION.*

*WHEREAS it has become known to me that certain evil-disposed persons have, within the territory and jurisdiction of the United States, begun and set on foot and have provided and prepared and are still engaged in providing and preparing means for a military expedition and enterprise, which expedition and en- terprise is to be carried on from the territory and jurisdiction of the United States against colonies, districts and people of British North America within the dominions of the United Kingdom of Great Britain and Ireland, with which said colonies, districts and people and Kingdom the United States are at peace; And whereas the proceedings aforesaid constitute a high misdemeanor, forbidden by the laws of the United States as well as by the law of nations: Now, therefore, for the purpose of preventing the carrying on of the unlawful All citizens expedition and enterprise aforesaid from the territory and jurisdiction of theUnited States and to maintain the public peace, as well as the national honor, and enforce obedience and respect to the laws of the United States, I, ANDREW JOHNSON, President of the United States, do admonish and warn all good citizens of the United States against taking part in or in anywise aiding, countenancing or abetting said unlawful proceedings; and I do exhort all judges, magistrates, marshals and officers in the service of the United States to employ all their lawful authority and power to prevent and defeat the aforesaid unlawful proceedings, and to arrest and bring to justice all persons who may be engaged*

*therein. And pursuant to the act of Congress in such case made and provided, I do Major-General furthermore authorize and empower Major-General George G. Meade, Com- Meade author commander of the Military Division of the Atlantic, to employ the land and naval forces of the United States and the militia thereof, to arrest and prevent the setting on foot and carrying on the expedition and enterprise aforesaid.*

*In testimony whereof I have hereunto set my hand and caused the seal of the carrying on the United States taffixed. enterprise.*

*Done at the city of Washington, this sixth day of June, in the year of our Lord one thousand eight hundred and sixty-six. and of the Independence of the United States the ninetieth.*

*ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD,*

*Secretary of State.*

*August 17,1866. BY THE PRESIDENT OF TIE UNITED STATES OF AMERICA:*

*A PROCLAMATION.*

*WHEREAS a war is existing in the Republic of Mexico, aggravated by foreign military intervention; And whereas the United States, in accordance with their settled habits and policy, are a neutral power in regard 'to the war which thus afflicts the Republic of Mexico; And whereas it has become known that one of the*

Page **48**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*belligerents in the said war, namely, the Prince Maximilian, who asserts himself to be Emperor in Mexico, has issued a decree in regard to the port of Matamoras, and other Mexican ports which are in the occupation and possession of another of the said belligerents, namely, the United States of Mexico, which decree is in the following words:--*

*" The port of Matamoras, and all those of the northern frontier which have withdrawn from their obedience to the government, are closed to foreign and coasting traffic during such time as the empire of the law shall not be therein reinstated.*

*" ART. 2d. Merchandise proceeding from the said ports, on arriving at any other where the excise of the Empire is collected, shall pay the duties on importation, introduction, and consumption; and on satisfactory proof of contra*

*vention shall be irremissibly confiscated. Our Minister of the Treasury is charged with the punctual execution of decree.*

*' Given at Mexico, the 9th of July, 1866."*

*And whereas the decree thus recited, by declaring a belligerent blockade unsupported by competent military or naval force, is in violation of the neutral rights of the United States, as defined by the law of nations, as well as of the treaties existing between the United States of America and the aforesaid United States of Mexico:*

*Decree of Now, therefore, I, ANDREW JOHNSON, President of the United States, do hereby proclaim and declare, that the aforesaid decree is held, and will be held, by the United States to be absolutely null and void, as against the government and citizens of the United States; and that any attempt which shall be made null and void. to enforce the same against the government or the citizens of the United States will be disallowed.*

*In witness whereof I have hereunto set my hand and caused the seal of the United States to be affixed.*

*Done at the city of Washington the seventeenth day of August, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninety-first.*

        *ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD, Secretary of State.*

### CONGRESSIONAL QUESTIONS RAISED

The question's I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity of the 39th 40th and 41st congress and its construction of the United States for the district of columbia its laws known as the Organic Act of 1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its **repugnant** to the constitution of the United States, Treaties and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire : Affirm or Deny

Page **49**

       *Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

1.) Are **YOU** commissioned and wearing enemy colors acting as a Privateer/Pirate Christian enemy of the united states for the district of columbia? Affirm or Deny

2.) Or are YOU actually Citizens of the United States of America according to the perpetual peace under approbation granted to **YOU** by the Emperor and the Subjects of the Al Maroc Shereefian Empire pursuant to 1786/1836 Treaty of Marrakech Art I and II? Affirm or Deny

3.) When did congress grant its magistrates/officers/agents/employees pro tempore in recess of congress committee of the states its courts/agents/libelee(s)/privateers/pirates the authority to issue or grant letters of marque/reprisals? **are YOUR** letters of marque/reprisals *repugnant to YOUR Trust Indenture the constitution, laws of the united and Treaties with the Al Maroc Shereefian Empire as well as 1781 Articles of Confederation art. IV, Vi, IX, XII, XIII ?*

4.) Are YOU magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s)/pirates as People bound by oath to be Person worthy of trust acting within the purpose and intent of the FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901 to it's entirety and not behaving like belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire? **Are YOUR proceedings contrary to YOUR Trust Indenture the constitution and the laws of the united states or the Treaties of the Al Maroc Shereefian Empire?**

5.) Has any of the magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s) who are People bound by oath to be Persons worthy of trust violated or breached any sections of their Trust Indenture by using the courts of law as a instrument of injustice, known as ACTS OF THE SIXTEENTH

Page **50**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy?

 6) Does the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedures (special legislation) **<u>supersede the 1789 Judiciary Act?</u>**

7) Is THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT one of the judicial courts for several states of union (confederation) authorized and established by the United States of America in Congress Assembled and the general acts of congress?

 8) Was Congress intent and purpose for the FEDERAL GOVERNMENT and its municipal corporations **(united states for the district of columbia)** special legislation to Exceed The 10 Square mile?

9) Did Congress grant the authority for United States of America and its several states of the union and the United States for the district of columbia to issue letters of Marque/reprisal through colorable quasi in rem admiralty and maritime to commit acts of war (PIRACY) against an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire?

10) When congress established UNITED STATES FOR THE DISTRICT OF COLUMBIA a federal Corporation was it their intent and purpose to apply to People or Persons?

 11) When Congress adopted the Bill of Rights was it the intent and Purpose for the People to be Secured in their persons or papers or was it the intent for the Persons to be secure in their Persons or Papers?

Page **51**

12) Did the United States of America in Congress Assembled in recess of Congress grant the United States for the District of Columbia and its (committee of states) and its belligerent citizens/agents/privateers/employees/commissioners the consent to issue letters of **marque/reprisal** using acts of war passing ex Post facto law using bills of attainder (colorable quasi in rem admiralty and maritime) to pirate through insurrection and rebellion the Citizens of the several united states of america, Moor Subjects of the Al Maroc Shereefian Empire, Citizens or Subjects of the United Kingdom of Great Britain, the Citizens or Subjects of Spain/Mexico/Grenada the Citizens or Subjects of France its kingdoms, Territories, Dominions, Empires etc? In Breach of the Constitution of the united states article III section II subsection 1 Article VI, Article 1 section 8 clause 10,17 Art IV, V; 1781 Articles of Confederation Art IV, VI, IX, XI, XII, XIII, 1794 Jay Treaty, 1786/1836 Treaty of Marrakech Art. II, 1492 Treaty of Grenada, 1778 Treaty of France and the 39th Congress 1865-1867 pg 811-820 and the 1880 Treaty of Madrid. Affirm or Deny

13) In the Construction of The UNITED STATES CONSTITUTION amendments 11-25 is it **Not repugnant to the constitution of the United States, Treaties, and the General Acts of Congress?** Affirm or Deny

14) I also draw into question the validity of the 1945 charter of the united nations (Hague Convention) and statute of the International Court of Justice, UN declaration of human rights, rights of indigenous people its pandemic treaties, arbitration and whether its repugnant and against the constitution of the united states, the general acts of congress the laws of the united states, 1786/1836 Treaty of Marrakech Article II, 1781 Articles of Confederation Article IV, VI,IX, XII,XIII affecting the private rights and title of an ipso jure Moor Subject of the Al Maroc Shereefian Empire? Affirm or Deny

*ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy.*

*SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any*

Case 1:24-cv-03094-LTS    Document 1    Filed 04/22/24    Page 55 of 63

Page **52**

**Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations**

*shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. (Breached in the past)*

*SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. (Breached in the past)*

*SEc. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820. (Breached in the past)*

## *I also demand the following named Moor subject be immediately released and set at liberty*

***Immediately release and set the following named Moor beneficiary vessel, goods and chattels at liberty barclay, leshawn maurice d/b/a LESHAWN MAURICE BARCLAY inmate trust # A804259***

**Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations**

**Statement of the Cause**

Your Orator rights have been and continue to be irreparably destroyed beyond repair as an Ipso jure Mooress Subject of the Al Maroc Shereefian who is a private people called Moor by Hostile and Belligerent foreign and domestic enemies/pirates/privateers of the United Nations who Masquerades themselves as Citizens or Nationals of the lawful de jure kingdoms setup and established by Moor Subjects of an Empire in all Dominions Worldwide which includes Chimoros, Khamoros, and Moors of Tameri/Al Maroc, Al Maghrib Al-aqsa. Ever since the early 1900's the league of nations took it upon themselves to form committees setup by the Geneva/Hague Convention with the intentions of forming a International Organization based out of San Francisco, California through the insurrection and rebellious new union under the Organic Act of 1871 without the consent of the united states of america in congress assembled conducting Belligerent Blockades Worldwide/Gog and Magog **(four corners of the earth**) to usurp, steal and pirate all the Natural Resources on the earth belonging to the Moors who are in fact the True Owners Maritime Lien holders and have Dominion over all things in the Land, Air and Water. The United Nations formed their first Charter in 1945 and created the Statute of the International Court of Justice which is Political in nature and arbitrary "He who comes into equity must come with clean hands". This Demonstration is Void on its face and its belligerent/piratical board members who are People Bound by oath to be Persons Worthy of Trust are in Breach of the 1786/1836 Treaty of Marrakech article II by taking commissions wearing enemy colors in contravention and also in Breach of the 1781 Articles of Confederation art. VI and IX. The United Nations and its hostile and belligerent piratical board Members Worldwide have issued letters of marque/reprisal against kingdoms without the consent of their Congress but also waged and engaged in War against Ipso Jure Moors of the Al Maroc Shereefian Empire in all Dominions breaching their constitutions, treaties and laws of their own Charters which is very unbecoming and Treason on the High Seas of Chancery, and Ecclesiastical law in contravention.

The belligerent/piratical Members of the United States for the District of Columbia and United Nations Through their Foreign Registration Statements or Acts are **guilty** of Mass Genocide including but not limited to drug trafficking, child trafficking, organ harvesting, monopoly on opioids, Illegal and Unlawful Immigration, rico, racketeering, murder, rape and kidnapping etc in breach of the constitutions, treaties and laws of the united states and general acts of congress in contravention. Furthermore these corporations have become a complete nuisance and needs to be completely destroyed and burned with fire for all their sins against the children of the Most High and as well as Mankind using religion as a tool for mass destruction and genocide and their hostile and belligerent piratical corporate board members who absorbs themselves in iniquities for commercial molestation and intercourse for profit and gain through belligerent blockades using the Harlot that sits on many waters stepping outside of their boundaries with no authority to conduct admiralty and maritime prized proceedings and issuing letters of **Marque/Reprisal** without the **Consent of their Congress**. These demonstrations are in fact colorable quazi-admiralty and maritime proceedings, Their UN Treaties are null and void colorable and are Void ab-initio. *In the MATTER OF the Application of Rachel Genevieve Powers for Leave to Assume the Name of Race/Nationality of "Moor/Americas Aboriginal national, but not a citizen of the United States" Docket Number :2017–818509 Timothy J. Walker, J. states the following:* <u>*The court also rejected petitioner's argument that Article 15 of the Universal Declaration of Human Rights was controlling. Article 15 provides that no one shall be arbitrarily denied the right to change his or her nationality. With respect to this argument, the court held that the Declaration is not binding on it because it is merely a "statement of principles" and "not a treaty or international agreement . . . imposing legal obligations." Thus, the court found, the Declaration does not create "any private cause of action." This means that the Declaration is not a*</u>

Page **54**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

<u>*basis upon which an individual can base a lawsuit. A*</u>lthough I was in error at the time of this suit, the judge in fact

admitted that the declaration of human rights was not an international agreement so now that I am at the age of Majority, I agree with his opinion and what he said was in fact Substantive and absolutely correct because 1) It's impossible for me to be anything other then who my creators are **" Me and my ancestors are one in the same people"**. 2.) It's impossible for my ancestors to change my nationality 3.) When i'm at the age of Majority if I have never declared my Intentions to take an allegiance to another Trust Company I must get consent from my government first if that has never taken place I am an Ipso Jure Mooress Subject of the Al Maroc Shereefian and I Owe my allegiance to God only which is my Ancestors *"Only God can create the Heir"*. **Equity regards the beneficiary as the true Owner"** So therefore **I Deny** being Subjected to any other Trusts Whatsoever. So Cease and Desist from any Pandemic Treaties, Digital I.D's, Covid-19 Vaccinations, UBI, Central Banking Digital Currency, Social Credit Scores Etc. ***"Equity aids the vigilant not those who slumbers on their rights"***

In Conclusion I hereby Command, Invoke, Bestow send a signal or pass to my faithful Servants who are People Bound by Oath to be Persons Worthy of Trust to Defend and Protect the constitution from all enemies foreign and domestic in the Executive Branch of the United States of America in Congress Assembled Through its Commander and chief of the Military pursuant to the constitution of the united states Article II section 2 clause 1 and the 1781 Articles of Confederation Art. VI,IX, Treaty of Marrakech art.I,II,III,X,XI to rid the several states of the united states of america in congress assembled of its infestation of pirates right now it's exigent circumstances and it is an Emergency *"**Equity imputes an intent to fulfill an obligation".***

## Statement of the Cause

The primary subject matter issue of the libellant 's speciali causa (special cause) is for **full restoration** against the destruction of rights in contravention born of from trespasses upon the stipulations of maritime treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *libellant's* free ingress and regress to and from.

2. Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3. Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4. Interrupt, slander or destroy *libellants* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon *libelants* for indemnity or satisfaction, on behalf of another,"**under legal compulsion**."

5. Subject *Libellant's "**under legal compulsion**"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *libellant* was a citizen of the united states for the district of columbia, or Citizen of the united states of america in congress assembled," and subject to their laws.

6. Treating *libellant* as a belligerent and national of a designated enemy country.

7. Subjecting *libellant* any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding libellant against possible or prospective injuries, and to preserve the means by which *libellant's* existing maritime rights may be protected from future or contingent violations and breach.

Page **55**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

8. Endangering *libellant*, implied equitable maritime surety from being injured by the creditor's delay in bringing suit, against the principal debtor.

9. The certificate of Title of special deposit has been issued to the trustees and been delivered.

10. I have been desized their is a breach of reliance my special deposit has been taken and never has it been applied to the accounting i have been wronged *"Equity delights in Equality"*

Your orator requires this court to issue a **Writ of QUIA TIMET** (injunction) in the foregoing bill to inhibit and restrain the said *Defendants/libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is required for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendant(s)/libelee(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom. Your orator requires to attach an equitable maritime lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s)libelee(s),* their heirs, assigns, and agents, to secure the payment of the money due to *Claimant,* for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to the powers, rachel genevieve for any breach of faith in contravention, be levied.

*Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

**Maxim: A Judge ought always to have Equity before his eyes**

**Notice of the Conflict and Variance of law**

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are

Page **56**

based upon well-established inherent principles and equity in the admiralty and maritime jurisprudence by nature. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Annex. Further the libellant does notice that this cause is in accordance with the soul, intent and purpose of the 1910 rules of the supreme court of the united states of Admiralty and Maritime, and that Respondents are believed to be governed exclusively in accordance with the intent of the Rules of Admiralty and Maritime of same. *Stand by what has been decided, and do not disturb what is settled.*

### Demand for Special and General Restoration/repair

Wherefore the foregoing, your orator therefore requires that this court issue a decree for Libellant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."

a. Acknowledgement of powers, rachel genevieve a people called Moor beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of "RACHEL GENEVIEVE POWERS," establishing my equitable maritime rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses,goods and chattels, rights and credits, her person, minor offspring, her right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in her person and property, and her and their reputation, health and capacity to labor;

b. That the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c. That the Claimant, powers, rachel genevieve, is "in fact" a private people called Moor, americas aboriginal newtown (pennsylvanian) national, and Subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled;" and that she shall be treated as friendly, amicus curiae, respected, esteemed and as that of the most favored Nation; and that due process and equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature towards him in all disputes;

d. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

e. Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

f. Decree any other General and Special Relief, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of her case shall require and as to your judgeship shall deem** just. Your orator requires you to issue a decree declaring Libellant powers, rachel genevieve a private people called Moor to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Your orator requires your faithful Servitude to issue a decree *pro confesso* for all libellee(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the libellant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances. Injunctive relief to prevent a party plaintiff(s) from using the colorable admiralty Courts of law to obtain or enforce judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

h. Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian for and on behalf of barclay, enzo horus, Moor beneficiary of the registered organization trust vessel name ENZO HORUS BARCLAY, estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to barclay, enzo horus, beneficiary, be restored to your orator.

Decree that anyone acting as a People who is bound by oath to be Persons worthy of Trust, shall render upon request by the Libellant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable maritime assets and debts due to Libellant estate(s) during such time as she was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Libellant powers, rachel genevieve Mooress heir/beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Libellant has an interest, and to pay over whatever may be due or belong to her, or the balance due Libellant on a fair accounting to be held by you on Special Deposit; That the Libellant powers, rachel genevieve, a private people called Moor heir/beneficiary and shall have the right to claim, as grantee absolute, 999,999 acres of land, of her own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for Moor aborigine descendants, shall be set aside and recorded in the name of the RACHEL GENEVIEVE POWERS TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named powers, rachel genevieve, her heir and beneficiaries. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable admiralty and maritime jurisdiction by nature laws of nations, WHATSOEVER;

j. That any cloud be removed from any real, personal, equitable maritime assets, or named estate(s) or the title be divested and vested, that Libellant makes equitable maritime claim to; and a permanent equitable maritime estoppel be granted against any and all non-bona fide parties. That perpetual Injunctive relief shall issue against all classes of defendant(s)libelee(s), including but not limited, all executive, legislative, or judicial

Page **58**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states

k. That perpetual Injunctive relief shall issue against all classes of libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Libellant special and particular political status"; and the Libellant shall "not" be treated as a national/ally/neutral of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the maritime treaties; and that Libellant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the maritime/mercantile treaties between the Citizens of the United States of North America and the Subjects of the Al Maroc Shereefian Empire;

l. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

m. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

n. Injunctive relief be granted to perpetually inhibited libelee(s) from the assertion of any presumed right, and perpetually restrained libelee(s) from the commission of an act which would be contrary to Equity admiralty and maritime by nature good conscience, and good reason, the maritime treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters;

o. Injunctive relief to be granted on behalf of an "implied equitable maritime surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

p. Injunctive relief be granted to perpetually inhibited defendant(s)/libellee(s), or anyone acting as a People who is bound by oath to be Persons worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a People bound by oath to be Persons worthy of Trust. Any defendant(s)/libelee(s), their heirs and assigns, in violation of said injunction shall have an equitable maritime lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable admiralty grounds for attachment exist, state it.

q. That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Libellant have such other relief as he-demands for, and may be entitled to, and that the proper final process shall issue; That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

r. That all my beneficiaries known and unknown are protected and honored and respected as the Most Favorite

nation and that all christian enemies of the united states for the district of columbia and the united nations all

Page **59**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

its agents employees, franchises, subsidiaries are restrained from molesting me my heir/beneficiaries failure to prevent such protection will be in breach of 1794 Jay Treaty XXI, Treaty of Marrakech 1836 article II

All People who are bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties. *I Love You All*

### *Equity regards the beneficiary as the true owner*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: april 22th, 2024.

By: *powers, rachel genevieve*

**powers, rachel genevieve** *grantee/grantor/heir/beneficiary/Admiral/Merchant*
a private people called Moor /americas aboriginal pennsylvania national
*"but not citizen of the united states for the district of columbia, nor the Citizen of the united states of america in congress assembled."*
rachelpowers1792@gmail.com
**Special deposit , Private, Priority**

### WITNESSES

_ridley, christine_ ⎯⎯⎯⎯⎯⎯⎯ _blackwell, jerome_ ⎯⎯⎯⎯⎯ **Print Witness**

Page **60**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*